**Exhibit A**

# Personal Deposit Account Agreement



This is an important document. It contains the contract governing your deposit relationship with the Bank and required legal disclosures. Please have it translated.

Este es un documento importante. Contiene el contrato que rige su relación de depósitos con el Banco y declaraciones de información exigidas por ley. Por favor, mande a hacer la traducción de este documento.

Ce document est important. Il contient le contrat régissant vos rapports avec la Banque en votre qualité de déposant ainsi que les informations exigées par la loi. Veuillez le faire traduire.

Este documento é importante. Contém o contrato que governa a sua relação para depósitos com o banco e as declarações requeridas por lei. Por favor mande traduzir.

هذه وثيقة مهمة تحتوي على عقد يحكم علاقتكم الإيداعية مع البنك والمعلومات المطلوب الإفصاح عنها بموجب القانون. الرجاء ترجمتها.

這是一份重要文件。其中包含有關您與銀行之間存款關係的合約,以及所需的法律披露事宜。請翻譯此文件。

នេះជាឯកសារមួយសំខាន់ណាស់ ។ ឯកសារនេះមានពត៌មានស្ដីពីកិច្ចសន្យាត្រូវត្រងលើទំនាក់ទំនងនៃការកក់ប្រាក់របស់អ្នកជាមួយធនាគារ ហើយក៏រួមមានការបញ្ចេញពត៌មានស្របច្បាប់ ។ សូមឲ្យគេបកប្រែឯកសារនេះ ។

Ini adalah dokumen penting. Dokumen ini berisi kontrak yang mengatur hubungan simpanan Anda dengan Bank serta pengungkapan legal yang dibutuhkan. Harap diterjemahkan.

본 문서는 중요합니다. 여기에는 은행과의 예금관계 계약과 법적으로 요구되는 공시가 실려있습니다. 본 문서를 번역 하시기 바랍니다.

Это важный документ. В нем содержится договор, который регулирует ваши взаимоотношения с Банком по вопросу депозита, а также необходимые юридические оговорки. Пожалуйста, попросите, чтобы этот документ перевели для вас.

"Đây là tài liệu quan trọng. Tài liệu này bao gồm hợp đồng chi phối tương quan giữa việc ký thác tiền bạc của quý vị với Ngân Hàng và việc tiết lộ nội dung hoạt động theo đòi hỏi của pháp luật. Vui lòng nhờ dịch tài liệu này sang tiếng Việt để hiểu rõ."

## Language Practices at TD Bank

Thank you for banking with us. Please be aware that verbal and written communications from TD Bank ordinarily will be in English. These communications in English may include, but are not limited to, applications, account agreements, statements and disclosures, notices concerning changes in terms or fees, and communications related to account servicing. As a courtesy to our customers, we sometimes communicate in languages other than English. If you need assistance in a language other than English, please contact us, as we have language services that may help. However, we cannot guarantee that customer service or other Bank communications will be available in any language other than English, and many important bank documents are available only in English.

Gracias por realizar sus operaciones bancarias con nosotros. Tenga en cuenta que las comunicaciones verbales y escritas de TD Bank normalmente estarán en inglés. Estas comunicaciones en inglés pueden incluir, entre otras, solicitudes, acuerdos de cuenta, estados de cuenta y divulgaciones, avisos relacionados con cambios en los términos o cargos, y comunicaciones relacionadas con la administración de cuentas. Como cortesía hacia nuestros clientes, a veces nos comunicamos en otros idiomas que no sean el inglés. Si necesita asistencia en otro idioma que no sea inglés, comuníquese con nosotros, ya que contamos con servicios lingüísticos que pueden ayudar. Sin embargo, no podemos garantizar que el servicio al cliente u otras comunicaciones del banco estarán disponibles en otro idioma que no sea inglés, y muchos documentos bancarios importantes están disponibles solo en inglés.

Mèsi poutèt ou chwazi nou pou zafè labank ou. Tanpri, se pou ou konnen kominikasyon aloral ak alekri ki soti nan TD Bank òdinèman se an Anglè yo pral ye. Kominikasyon an Anglè sa yo ka gen ladan, men se pa sa sèlman, aplikasyon yo, akò kont yo, relve ak deklarasyon yo, avi konsènan chanjman nan kondisyon yo oswa frè yo, epi kominikasyon anrapò ak jesyon kont lan. Kòm yon koutwazi nou fè kliyan nou yo, pafwa nou kominike nan lòt lang ki pa Anglè. Si ou bezwen èd nan yon lòt lang ki pa Anglè, tanpri kontakte nou, paske nou gen sèvis lang ki gendwa ede ou. Sepandan, nou pa kapab garanti ke sèvis kliyan an oswa lòt kominikasyon Labank yo pral disponib nan okenn lòt lang ki pa Anglè, epi anpil dokiman labank enpòtan yo disponib an Anglè sèlman.

Obrigado por utilizar nossos serviços bancários. Saiba que os comunicados verbais e escritos do TD Bank normalmente estarão em inglês. Esses comunicados em inglês podem incluir, entre outros assuntos, requisições, contratos de conta, extratos e divulgações, avisos sobre alterações em termos ou taxas, e comunicações relacionadas com os serviços da conta. Como cortesia a nossos clientes, nós nos comunicamos algumas vezes em outros idiomas. Caso você precise de assistência em um idioma diferente do inglês, entre em contato conosco para que possamos ajudar. No entanto, não podemos assegurar que o atendimento ao cliente ou outros comunicados do Banco estejam disponíveis em qualquer idioma além do inglês, e muitos documentos importantes do banco estão disponíveis apenas em inglês.

هذه لشهيد قد تشمل غير محصورة على سبيل المثال الطلبات واتفاقيات الحسابات والبيانات والإفصاحات المصرفية. يرجى العلم أن المراسلات الشفهية والمكتوبة من TD Bank تكون عادة باللغة الإنجليزية. قد لشمل هذه المراسلات باللغة الإنجليزية على سبيل المثال لا الحصر، الطلبات واتفاقيات الحسابات والبيانات والإفصاحات، والإخطارات بشأن تغييرات في الشروط أو الرسوم، والمراسلات المتعلقة بخدمة الحساب. من باب المجاملة لعملائنا، فإننا نتواصل أحيانًا بلغات أخرى غير الإنجليزية. إذا كنت بحاجة إلى المساعدة بلغة أخرى غير الإنجليزية، يرجى الاتصال بنا، حيث لدينا خدمات لغوية قد تساعدك. ومع ذلك، لا يمكننا ضمان أن تكون خدمة العملاء أو مراسلات البنك الأخرى متاحة بأي لغة أخرى غير الإنجليزية، والعديد من مستندات البنك المهمة متاحة فقط باللغة الإنجليزية.

感謝您選擇我們銀行。請注意，TD Bank 的口頭及書面通訊通常將以英語進行。這些英語通訊可能包括但不限於申請、帳戶合約、聲明和揭露、條款或費用變更通知，以及與帳戶服務相關的通訊。基於對顧客的禮遇，我們有時會使用英語以外的語言進行溝通。如果您需要英語以外語言的協助，請聯絡我們，因為我們有可能對您有幫助的語言服務。然而，我們無法保證客服或其他語言通訊將以英語以外的任何語言提供，且許多重要的銀行文件僅提供英語版本。

ขอขอบคุณที่ท่านทำธุรกรรมธนาคารกับเรา โปรดทราบว่าการสื่อสารด้วยวาจาและลายลักษณ์อักษรจาก TD Bank มักจะเป็นภาษาอังกฤษ การสื่อสารในภาษาอังกฤษอาจรวมถึงแต่ไม่จำกัดเฉพาะการสมัคร ข้อตกลงบัญชี คำชี้แจง และการเปิดเผยข้อมูล ประกาศเกี่ยวกับการเปลี่ยนแปลงในเงื่อนไขหรือค่าธรรมเนียม และการสื่อสารที่เกี่ยวข้องกับการให้บริการบัญชี เพื่อความสะดวกของลูกค้าของเรา บางครั้งเราสื่อสารในภาษาอื่นที่ไม่ใช่ภาษาอังกฤษ หากท่านต้องการความช่วยเหลือในภาษาอื่นที่ไม่ใช่ภาษาอังกฤษ โปรดติดต่อเรา เนื่องจากเรามีบริการด้านภาษาที่อาจช่วยได้ อย่างไรก็ตาม เราไม่สามารถรับประกันได้ว่าฝ่ายบริการลูกค้าหรือการสื่อสารอื่น ๆ ของธนาคารจะให้บริการในภาษาอื่นที่ไม่ใช่ภาษาอังกฤษ และไม่สามารถรับประกันได้ว่าเอกสารธนาคารที่สำคัญจำนวนมากมีเฉพาะภาษาอังกฤษเท่านั้น

Terima kasih telah bertransaksi bersama kami. Perlu diketahui bahwa komunikasi lisan maupun tulisan dari Bank TD biasanya akan menggunakan Bahasa Inggris. Komunikasi dalam bahasa Inggris ini dapat mencakup, namun tidak terbatas pada, pendaftaran, persetujuan rekening, pernyataan dan pengungkapan, pemberitahuan tentang perubahan persyaratan atau biaya, dan komunikasi yang terkait dengan layanan pada akun. Sebagai rasa hormat kepada pelanggan kami, terkadang kami berkomunikasi dalam bahasa selain Bahasa Inggris. Jika Anda membutuhkan bantuan dalam bahasa lain selain Bahasa Inggris, silakan hubungi kami, kami mungkin dapat membantu Anda dengan layanan bahasa lainnya. Namun, kami tidak menjamin dukungan pelanggan atau komunikasi bank lainnya akan tersedia dalam bahasa lain selain Bahasa Inggris, dan banyak dokumen bank penting hanya tersedia dalam Bahasa Inggris.

저희 은행을 이용해 주셔서 감사합니다. TD Bank 에서 제공하는 구두 및 서면 소통은 보통 영어로 진행됩니다. 가령, 신청서, 계좌 개설 계약서, 서약서 및 공개, 약관은 수수료 변경 안내서, 계좌 서비스 관련 안내문 등은 영어로 제공됩니다. 고객의 편의를 위해 경우에 따라 영어 외 다른 언어로도 소통하고 있으며, 영어 이외의 언어로 도움이 필요한 경우 저희에게 연락해 주시면 필요한 언어 서비스를 제공할 수 있도록 하겠습니다. 단, 고객 서비스나 다른 은행과의 소통 시 영어 외 다른 모든 언어로 항상 소통이 가능하지 않을 수 있으며, 또한 중요한 은행 서류는 영어로만 제공됩니다.

Благодарим Вас за сотрудничество с нами. Обращаем Ваше внимание на то, что устные и письменные сообщения от TD Bank обычно будут на английском языке. Эти сообщения на английском языке могут включать, помимо прочего, следующее: заявки, соглашения о счетах, финансовая отчетность и раскрытие информации, уведомления об изменениях в условиях или платежах, а также сообщения, связанные с обслуживанием счета. В знак уважения к нашим клиентам мы иногда ведем переписку не на английском языке. Если Вам нужна помощь на другом языке (не на английском), пожалуйста, свяжитесь с нами, поскольку у нас есть отдел лингвистических услуг, который может помочь. Тем не менее, мы не можем гарантировать, что клиентская служба или другие банковские сообщения будут доступны на каком-либо языке, кроме английского, и многие важные банковские документы доступны только на английском языке.

Cảm ơn quý khách đã sử dụng dịch vụ ngân hàng của chúng tôi. Xin lưu ý rằng thông tin liên lạc bằng lời và bằng văn bản từ Ngân hàng TD theo cách thông thường sẽ bằng tiếng Anh. Những thông tin liên lạc bằng tiếng Anh này có thể bao gồm, nhưng không giới hạn ở, các đơn đăng ký, thỏa thuận tài khoản, sao kê và tiết lộ, thông báo liên quan đến những thay đổi về các điều khoản hoặc phí và thông tin liên quan đến dịch vụ tài khoản. Như một phép lịch sự với khách hàng, đôi khi chúng tôi giao tiếp bằng các ngôn ngữ khác ngoài tiếng Anh. Nếu quý khách cần hỗ trợ bằng ngôn ngữ khác ngoài tiếng Anh, vui lòng liên hệ với chúng tôi, vì chúng tôi có các dịch vụ ngôn ngữ có thể trợ giúp quý khách. Tuy nhiên, chúng tôi không thể đảm bảo rằng dịch vụ khách hàng hoặc thông tin liên lạc khác của Ngân hàng sẽ được cung cấp bằng bất kỳ ngôn ngữ nào khác ngoài tiếng Anh và nhiều tài liệu ngân hàng quan trọng chỉ có bằng tiếng Anh.

# Welcome to TD Bank, America's Most Convenient Bank®

We are pleased to offer you this Personal Deposit Account Agreement ("Agreement") that governs the terms and conditions of your personal deposit Account(s) with us. This Agreement consists of Parts I-VI below, any supplement(s) and amendment(s), as well as the Deposit Rate Sheet(s), Personal Fee Schedule(s) and Account Maintenance Information grid(s) published by the Bank from time to time. This Agreement provides you with information you will want to know about your personal deposit Account(s). If you have any questions, or would like to learn more about our personal deposit Account products and services, please contact any of our Stores or call us at **1-888-751-9000**. We will be happy to assist you.

**Part I: Terms and Conditions**

Definitions ...........................................................................................2
Personal Deposit Account Terms and Conditions..........................2
Deposit Policy......................................................................................2
TD Early Pay .......................................................................................2
Checks ...................................................................................................3
Returned Checks/Waiver of Rights ................................................3
Cashing of Checks...............................................................................3
Withdrawal Policy ..............................................................................3
Processing Order for Payment of Checks, Debit Card
Transactions, and Other Items .........................................................3
Reasons Why We May Refuse to Pay an Item ..............................4
Postdated Items...................................................................................4
Pre-authorized Drafts ........................................................................4
Overdrafts ............................................................................................4
Stop Payments .....................................................................................6
International, ACH, The Clearing House Real-Time
Payments ("TCH RTP") and Wire Transfers .................................6
Periodic Statements; Time Limit to Report Errors........................6
Combined Statements with Checking...............................................7
Important Information for Opening a New Account .....................7
Telephone Numbers............................................................................7
Account Ownership ............................................................................7
Individual Accounts ...........................................................................7
Joint Accounts–With Right of Survivorship.....................................7
No Two-Signer Accounts ...................................................................8
Specialty Accounts..............................................................................8
Trust Accounts ....................................................................................8
Uniform Gifts/Transfers To Minors Act Account ..........................8
Power of Attorney ..............................................................................8
Certified Taxpayer Identification Number or
Social Security Number......................................................................8
Consumer Reports and Disclosing Information
About You and Your Account ..........................................................9
Conflicting Demands/Disputes .........................................................9
Changing Your Account .....................................................................9
Adverse Claims; Interpleader; Legal Process................................10
If You Owe Us Money........................................................................10
Right to Close Accounts ....................................................................10
Right of Set-Off...................................................................................10
Death/Incompetence ..........................................................................11
Limited Liability..................................................................................11
Default...................................................................................................11
Indemnity .............................................................................................11
Jury Trial Waiver................................................................................11
Demand Deposit Accounts and Sub-Accounts...............................12
Miscellaneous ......................................................................................12

**Part II: Truth in Savings Disclosure**

Accounts Covered ...............................................................................13
Minimum Requirements to Open Accounts ....................................13
Fees & Charges....................................................................................13
Interest Rate and Annual Percentage Yield ...................................13
Checking Balance Tier Structures ...................................................14
Checking Account Information ..........................................................14
Savings Balance Tier Structures .....................................................14
Savings Account Information .............................................................14
Certificates of Deposit Information ..................................................16

**Part III: Funds Availability Policy**

Determining the Availability of a Deposit.......................................17
Standard Funds Availability .............................................................17
Special Rules for New Accounts ......................................................18
Longer Delays May Apply.................................................................18
TD FastFunds.......................................................................................18
Holds on Other Funds........................................................................18
Non-U.S. Financial Institutions ........................................................18
Returned Items Subsequent to Availability of Funds....................18
Endorsements ......................................................................................18

**Part IV: Electronic Funds Transfers Disclosure**

Direct Deposits....................................................................................19
Pre-authorized Withdrawals.............................................................19
Telephone Transfers ..........................................................................19
Electronic Check Conversions ..........................................................19
Bill Pay..................................................................................................19
External Transfer (Account to Account Transfers) Service
and Send Money with Zelle®.............................................................19
Personal Identification Number (PIN) .............................................19
ATM Transaction Types.....................................................................19
Visa® Debit Card Transaction Types................................................20
Customer Safety Information – NY ..................................................20
Customer Safety Information – NJ....................................................20
Termination ..........................................................................................20
Charges For Electronic Funds Transfers ........................................20
Right to Documentation .....................................................................21
Terminal Transactions .......................................................................21
Direct Deposits....................................................................................21
Periodic Statements............................................................................21
Passbook Accounts Where the Only Possible
Electronic Funds Transfers Are Direct Deposits ...........................21
Notice of Varying Amounts...............................................................21
Pre-authorized (Recurring) Transfers and Stop Payments ..............21
Additional Information Required
By Massachusetts Law .......................................................................21
EFT: Our Liability ..............................................................................21
Disclosures of Account Information to Third Parties .....................21
Unauthorized Transfers .....................................................................22
Errors or Questions About Electronic Funds Transfers .................22

**Part V: Substitute Checks and Your Rights**

What is a Substitute Check? ..............................................................23
What are my Rights Regarding Substitute Checks? ......................23
How do I Make a Claim for a Refund? .............................................23

### Definitions

Throughout this Agreement, unless otherwise indicated, the following words have the meanings given to them below:

a) **"Account"** means your Checking Account, Money Market Account, personal CD Account and/or Savings Account with us, including Individual Retirement Accounts (IRAs), as applicable, unless limited by the heading under which it appears.

b) **"TD Essential Banking Account"** is a Checking Account without check writing privileges. TD will not issue checks and may choose not to honor checks written on this Account.

c) **"Business Day"** means every day, except Saturdays, Sundays, and federal holidays.

d) **"Calendar Day"** means every day, including Saturdays, Sundays, and federal holidays.

e) **"Bank," "we," "us," "our"** and **"TD Bank"** refer to TD Bank, N.A.

f) **"You"** and **"your"** mean each depositor who opens an Account, and any joint owner of each Account.

g) **"Store"** means a branch office.

## Part I: Personal Deposit Account Terms and Conditions

By opening and maintaining an Account with the Bank, you agree to the provisions of this Agreement. You should read this Agreement thoroughly and keep it with other important records. From time to time, we may offer new types of Accounts and may cease offering some types of Accounts. This Agreement governs all of these new types of Accounts, and continues to govern any Accounts you may have that we no longer offer. If and to the extent the provisions of this Agreement vary from the provisions of the Uniform Commercial Code as adopted in the jurisdiction where your Account was opened, the terms and conditions of this Agreement shall control.

This Agreement includes your promise to pay the charges listed on the Personal Fee Schedule and Account Maintenance Information grid and your permission for us to deduct these charges, as earned, directly from your Account. You also agree to pay any additional reasonable charges we may impose for services you request which are not contemplated by this Agreement but are disclosed in our Personal Fee Schedule, which may be amended from time to time. Each of you agree to be jointly and severally liable for any Account deficit resulting from charges or overdrafts, whether caused by you or another authorized to withdraw from your Account, together with the costs we incur to collect the deficit, including, to the extent permitted by law, our reasonable attorneys' fees.

You agree to use the Account only for lawful purposes, and you acknowledge and agree that "restricted transactions" as defined in the Unlawful Internet Gambling Enforcement Act of 2006 and Regulation GG issued thereunder are prohibited from being processed through your Account or any relationship between you and the Bank. In the event we identify a suspected restricted transaction, we may block or otherwise prevent or prohibit such transaction; and further, we may deny services to you, close the Account, or end the relationship. However, in the event that a charge or transaction described in this disclosure is approved and processed, you will still be liable for the charge. In order to protect you, we may ask for identification or may ask identifying questions to authenticate you prior to processing a request or transaction. From time to time, we may contact you to inquire about a specific transaction or to verify general account information, such as occupation or address.

### Deposit Policy

We may refuse to accept an item for deposit or to return all or a part of it to you. We may place restrictions or prohibit individuals who are not authorized signers from making deposits to your account. Any item that we accept for deposit is subject to later verification. We will usually give you provisional credit for items deposited into your Account. However, we may delay or refuse to give you provisional credit if we believe in our discretion that your item will not be paid. We will reverse any provisional credit we have given for an item deposited into your Account if we do not receive final credit for that item. If the reversal of a provisional credit creates an overdraft in your Account, you will owe us the amount of the overdraft, plus any overdraft fees when applicable (see Personal Fee Schedule). We will determine when final credit is received for any item. Please read the Funds Availability Policy for a detailed discussion of how and when we make funds available to you.

We will accept certain items like foreign checks and bond coupons for collection only. You may also ask us to accept certain other items for collection only. You will not receive credit for (provisional or otherwise), and may not withdraw funds against, any of these items until we receive final credit from the person responsible for paying them. Items sent for collection will be credited to your Account in U.S. dollars, calculated using our applicable exchange rate that is in effect on the date when we credit the funds to your Account and not when the deposit is made. We may earn revenue on this exchange. The Funds Availability Policy does not apply to items we have accepted for collection only. If and when we receive final credit for an item we have accepted for collection only, you agree that we may subtract our collection fee (see Personal Fee Schedule) from the amount finally credited to us, before we credit your Account for the remaining amount.

### TD Early Pay

For certain eligible direct deposits, we may make funds available for your use up to two business days before we receive the funds from your payor with our service, TD Early Pay. There is no enrollment necessary and no fee for this service. When funds are made available early, they will be reflected in your account's available balance. Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

TD Early Pay is offered at the discretion of the Bank, and we reserve the right to cancel the service at any time and without notice to you. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. Whether we make funds available early depends on factors such as (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening.

Not all direct deposits are eligible for TD Early Pay. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Other deposits or credits to your account, such as deposits of funds from person-to-person payments services (e.g., Zelle®), check or mobile deposits, and other online transfers are not eligible for TD Early Pay.

If a direct deposit is not made available early, it will be made available in accordance with our Availability of Funds Policy described in this Agreement. If we've made funds available early and the payor reverses or requests a return of the deposit, or the funds are otherwise uncollected by the Bank, you understand and agree that we may debit your account in accordance with our normal process, found in subpart e) Direct Deposits, of this Agreement, up to the amount of the deposit that was previously made available – even if you have already withdrawn the funds or it creates an overdraft on your account -- without prior notice from us and at any time. In this instance, you are responsible for any fees assessed – including those charged by merchants or third parties – as a result of the overdraft.

**Checks**

All negotiable paper (called "checks") presented for payment must be in a form supplied by or previously approved by the Bank. The Bank may refuse to accept any check that does not meet this requirement or which is incompletely or defectively drawn. Once an outstanding check is six (6) months old, we may elect not to pay it. But if there is no stop payment order on file when we receive the check for payment, we may elect to pay it in good faith without consulting you. You agree that you will use care in safeguarding your unsigned checks against loss or theft. You will tell us immediately if any checks are missing. You agree to assume all losses that could have been prevented if you had safeguarded unsigned (or otherwise incomplete) checks, or had told us they were missing.

**Returned Checks/Waiver of Rights**

If you deposit a check or item in your Account that the drawee bank returns unpaid for any reason (called "dishonor"), the amount of the dishonored check or item will be deducted from your Account. We may put the dishonored check or item through for collection again. This means that you are waiving your right to receive immediate notice of dishonor. The Bank may also collect any amounts due to the Bank because of returned checks, through the right of set-off, from any other of your Accounts at the Bank, or collect the funds directly from you.

**Cashing of Checks**

Typically, the Bank will cash checks drawn on other banks for its Customers who have adequate available funds in their Account(s). The Bank will debit the amount of the returned check from your Account(s). If the debit creates an overdraft in your Account, you will owe us the amount of the overdraft plus any overdraft fees when applicable (see Personal Fee Schedule).

**Withdrawal Policy**

We may place reasonable restrictions on when and how you make any large cash withdrawal. We may require reasonable advance notice for large cash withdrawals. We may also refuse to honor a request to withdraw funds in cash from your account or to cash a check (including a cashier's check or other official term) at a store if we believe that the amount is unreasonably large or that honoring the request would cause us an undue hardship, security, or safety risk. We may require that such withdrawals be made at a store by an armored courier, acceptable to us and at your sole risk and expense. We are not responsible for providing for your security in such transactions.

Passbook Account (if available in your jurisdiction) withdrawals can be made by an authorized signer only upon presentation of the passbook, either in person or accompanied by a written order of withdrawal. If you lose the passbook, we require that a Lost Passbook Affidavit be signed by ALL persons named on the Account before a notary public.

Statement Savings Account withdrawals can be made per written order of withdrawal in accordance with the information contained on the signature card and may also be made with an ATM or Visa® Debit Card, as applicable. The Bank may refuse a request if any document or identification required by the Bank or law in connection with the withdrawal has not been presented.

The Bank reserves the right to require seven (7) Calendar Days written notice prior to withdrawal or transfer of funds from all Savings or Money Market Accounts offered by the Bank.

For any non-transactional savings Account(s), and money market Account(s), you may make as many in-person withdrawals at a teller window or any ATM as you wish. However, our bank policy allows no more than a combined total of six (6) pre-authorized, automatic, electronic (including computer or mobile initiated), or telephone withdrawals or transfers, or payments by check, draft, debit card, or similar order payable to third parties or made payable to yourself in any monthly period (based on your statement date). We may impose a fee, as disclosed on the Personal Fee Schedule, for the seventh (7th) withdrawal, and each additional withdrawal that you make in any monthly period (based on your statement date). These fees will be reflected in your monthly statement.

For Holiday Club and Club Saver Accounts, we may impose a fee, as disclosed on the Personal Fee Schedule, for the fourth (4th) withdrawal, and each additional withdrawal that you make in any calendar month.

**Processing Order for Payment of Checks, Debit Card Transactions, and Other Items**

The following describes how we pay or charge to your Account checks, debit card transactions, and other items presented for payment or deposit. An "item" includes any instruction or order for the payment, transfer, deposit, or withdrawal of funds, including, but not limited to, any check, substitute check, purported substitute check, remotely created check or draft, electronic transaction, draft, demand draft, image replacement document, indemnified copy, ATM withdrawal or transfer, debit card point-of-sale transaction, pre-authorized debit card payment, automatic transfer, telephone-initiated transfer, ACH transaction, online banking transfer to or from Accounts at TD Bank or external transfers to other institutions, online bill payment instruction, payment to or from other people (Send Money with Zelle® transaction), withdrawal or deposit slip, in-person transfer or withdrawal, cash ticket, deposit adjustment, or wire transfer. In the event that there are insufficient funds in your Account to pay an item and the transaction is resubmitted, each resubmission constitutes a separate item.

For purposes of determining your available Account balance and processing items to your Account, including returning items due to insufficient funds or paying items that overdraw your Account, all items are processed overnight at the end of each Business Day (which excludes Saturdays, Sundays and federal holidays). Each Business Day, your starting available Account balance is determined in accordance with our Funds Availability Policy. Please read the Funds Availability Policy for a detailed discussion of how and when we make funds available to you.

**For (i) Checking Accounts and (ii) Money Market Accounts with check access, items are processed as follows:**

a) First, deposits that have become available to you that Business Day in accordance with our Funds Availability Policy are added to your available Account balance.

b) Second, all withdrawals are deducted from your available Account balance in chronological date and time order based on the information that we receive for each item. The following transaction fees will also be deducted in chronological date and time order based on when they are assessed: wire transfer fees and overdraft fees. For some items, we do not receive date and time information. We assign these items a date and time, which may vary from when the transactions were conducted. All checks drawn upon your Account that are not cashed at a TD Bank Store are assigned a time of 11:00 p.m. ET on the date we receive them. If multiple items have the same date and time information, they will be processed in the following order: (i) deposits first; (ii) checks drawn upon your Account next, from lowest to highest check number, and then (iii) other withdrawals, from lowest to highest dollar amount. For purposes of this section (b), withdrawals include transactions that have been presented for payment as well as pending debit card, ATM, or electronic transactions that have been authorized but not yet presented to us for payment. Please see the additional details below for more information regarding pending transactions.

c) Third, we add to or deduct from your available Account balance any transactions initiated by us, such as interest credits or fees not described in section (b) above. Examples of these fees include non-TD ATM fees, monthly maintenance fees, and paper statement fees.

**For (i) Savings Accounts, (ii) Money Market Accounts with no check access, and (iii) CD Accounts, items are processed as follows:**

a) First, deposits that have become available to you that Business Day in accordance with our Funds Availability Policy are added to your available Account balance.

b) Next, the total amount of any "pending" debit card, ATM and other electronic transactions that have been authorized but not yet presented to us for payment is deducted from your available Account balance. Please see the additional details below for more information regarding pending transactions.

c) We then deduct items from your available Account balance by category, in the following order:

   i. Outgoing wire transfers, return deposit items, and debit adjustments to your available Account balance;

   ii. Overdraft fees;

   iii. All other Account fees (except as described in (iv) below), and all other items including checks, ATM transactions, and debit card transactions; and

   iv. Fees assessed at the end of the statement cycle including, for example but not limited to, monthly maintenance fees.

Within categories i, ii, and iii, we post items in order from lowest to highest dollar amount.

**Additional Details Regarding your Available Account Balance:**

Your available Account balance is your most recent record of the amount of money available in your account for your use or withdrawal. Except as otherwise set forth below, your available Account balance is reduced by any "pending" debit card transactions (purchases or ATM withdrawals), and includes any deposited funds that may have been made available to you pursuant to our Funds Availability Policy.

Your available Account balance may change during the course of a day as transactions occur. The available Account balance provided to you by the Bank may not include all of your transactions, such as checks you have written that have not yet cleared or upcoming automatic payments.

You agree that it is your responsibility to keep track of your transactions as you make them in order to avoid overdrafts and fees.

Your monthly account statement does not report pending transactions affecting your account on any given day; as a result, the daily balances reported in your statement may not reflect your available Account balance(s) occurring on that day.

**Additional details regarding pending transactions for all Accounts:**

When you use a debit card, ATM card, or other electronic means to make withdrawals, we may receive notice of the transaction before it is actually presented to us for payment. That notice may be in the form of a merchant authorization request or other electronic inquiry. Upon receipt of such notice, we treat the transaction as "pending" at the time we receive notice, and subject to certain exceptions, we deduct the amount of the pending transactions from your available Account balance to determine the amount available to pay other items presented against your Account. The amount of a pending transaction may not be equal to the amount of the actual transaction that is subsequently presented for payment and posted to your Account. If a pending transaction is not presented for payment within three (3) Business Days after we receive notice of the transaction, we will release the amount of the pending transaction. We do not deduct the amount of pending debit card transactions from your available Account balance for certain categories of merchants that frequently request authorization for amounts in excess of the likely transaction amount, including hotels and resorts, airlines and cruise lines, car rental companies, and automated gas pumps (pay at the pump).

**Additional details regarding our processing order of items for all Accounts:**

The order in which items are processed may affect the total amount of overdraft fees incurred. See "Overdrafts" below, as well as the Personal Fee Schedule, for more information.

We may from time to time change the order in which we accept, pay, or charge items to your Account, even if (a) paying a particular item results in an insufficient available balance in your Account to pay one or more other items that otherwise could have been paid out of your Account; or (b) using a particular order results in the payment of fewer items or the imposition of additional overdraft fees. If we do change our processing order for checks and other items presented for payment from your Account, we will provide advance notice of the change. Please call **1-888-751-9000** for additional information about our processing order.

**Reasons Why We May Refuse to Pay an Item:**

a) The item is illegible;

b) The item is drawn in an amount greater than the amount of funds then available for withdrawal in your Account (see the Funds Availability Policy) or which would, if paid, create an overdraft;

c) The item bears a duplicate check number;

d) we believe the item has been altered;

e) we believe the item is otherwise not properly payable;

f) we believe the item does not bear an authorized signature; OR

g) The item is a check drawn against a TD Essential Banking Account

We are not required to honor any restrictive legend on checks you write unless we have agreed in writing to the restriction. Examples of restrictive legends are "Not Valid For More Than $1000", "Void If Not Negotiated Within 30 Days of Issuance", and the like.

**Postdated Items**

For Accounts with check access, you agree that when you write a check, you will not date the check in the future. If you do, and the check is presented for payment before the date of the check, we may either pay it or return it unpaid. You agree that if we pay the check, the check will be posted to your Account on the day we pay the check. You further agree that we are not responsible for any loss to you in doing so.

**Pre-authorized Drafts**

If you voluntarily give information about your Account (such as our routing number and your Account number) to a party who is seeking to sell you goods or services, and you do not physically deliver a check to the party, any debit to your Account initiated by the party to whom you gave the information is deemed authorized by you.

**Overdrafts**

An overdraft occurs when your available Account balance is not sufficient to cover a transaction, but we pay it anyway. We use your available Account balance to determine whether you have enough money in your account to pay an item when it is presented for payment. If your available Account balance is insufficient to pay an item when it is processed and posted in the order set forth above (see Processing Order

section), we may, in our sole discretion, pay the item (creating an overdraft) or return the item unpaid. Overdrafts may be casued by, but are not limited to, advances to cover a check, in-person withdrawal, ATM withdrawal, debit card point-of-sale transaction, withdrawal by other electronic means from your Account, or preauthorized payments. A preauthorized payment may include automatic bill payments, Online and Mobile Banking transfers and payments made through Bill Pay, recurring debit card transactions, telephone transfers, Store payments, transfers and withdrawals, or external transfers to other institutions and payments to other people.

We may charge you an overdraft fee if we pay an item that exceeds your available Account balance. The dollar amount of our overdraft fees is set forth in our Personal Fee Schedule. If you overdraw your account, you must immediately pay all fees, overdrafts and other amounts you owe us. These amounts may be paid out of any subsequent deposit to your account.

We will not charge more than three (3) overdraft fees per account per any one Business Day. You will not be charged overdraft fees for ATM or one-time debit card transactions unless you have enrolled in TD Debit Card Advance (see "Important Information for Consumers about your TD Bank Checking Account" for more information).

**For TD Essential Banking Accounts:** We may decline or return items that exceed your available Account balance. Some items, including preauthorized payments, may post to your account even though they overdraw your available Account balance; we will not assess your TD Essential Banking Account an overdraft fee in those instances.

**For (i) Savings Accounts and (ii) Money Market Accounts with no check access:** You may be charged an overdraft fee(s) on any item(s) presented for payment when you have insufficient funds, regardless of your available Account balance at the end of the day. You agree that if any transaction is submitted for payment and your available balance is insufficient to pay the item, an overdraft fee may be assessed if the transaction is paid.

**For (i) Checking Accounts and (ii) Money Market Accounts with check access:** You will not be charged an overdraft fee for items that overdraw your available Account balance by our Overdraft threshold of $50 or less when presented for payment (see Processing Order section).

Pending debit card transactions reduce your available Account balance to pay other items (see Processing Order section). If other items are presented for payment that exceed the available Account balance (as reduced by the pending transaction(s)), you may incur an overdraft fee.

Please read our Funds Availability Policy for a detailed discussion of how and when we make funds available to you. If you withdraw funds before they become available, you may incur an overdraft fee.

You agree to pay us, when we ask you, all of our costs of collecting an overdraft, to the fullest extent permitted by applicable law. These costs include, but are not limited to, our legal fees and expenses. If more than one of you owns an Account, each of you will be responsible for paying us the entire amount of all overdrafts and obligations resulting from the overdrafts.

The Bank is not obligated to pay any item that exceeds your available Account balance and may cease paying overdrafts at any time without prior notice of reason or cause. It may be a crime to intentionally withdraw funds from an Account when there are not enough funds in the Account to cover the withdrawal or when the funds are not yet available for withdrawal.

**Overdraft Grace:** Eligible Checking Accounts and Money Market Accounts with check access include Overdraft Grace. Overdraft Grace affords you additional time to bring your available Account balance to $0 or greater than $0 following an overdraft to receive an automatic refund of applicable overdraft fee(s).

Subject to the below, with Overdraft Grace, if you overdraw your Account by more than $50 but make sufficient deposits to bring your available Account balance back to $0 or greater than $0 as of 11:00 p.m. ET on the next Business Day following the day on which the item(s) that overdrew your Account posted to your Account (the "Overdraft Grace Period"), we will refund the overdraft fee(s) that were assessed to your Account for those item(s). For example, if an item was presented to us for payment on Monday, and it overdrew your available Account balance, you will have until 11:00 p.m. ET on the next Business Day (Tuesday) to bring your available Account balance back to $0 or greater than $0 to receive an automatic refund of overdraft fees assessed for this item. All deposits are subject to our Funds Availability Policy.

Depending on the type of deposit(s) and/or the time of deposit(s), some or all of your deposit(s) may not be available before the Overdraft Grace Period expires. For example, if you make a $500 check deposit and only $100 becomes available within the Overdraft Grace Period, that deposit may not be sufficient to bring your available Account balance back to $0 or greater than $0 within the Overdraft Grace Period. For additional information on when funds become available, please refer to the Processing Order and Funds Availability Policy sections of this Agreement.

With Overdraft Grace, if you do not make sufficient deposits to bring your available Account balance back to $0 or greater than $0 within the Overdraft Grace Period, then we will not refund overdraft fee(s) for those item(s).

If you further reduce your available Account balance during the Overdraft Grace Period through additional debits from your Account (including pending debit card transactions), this will increase the deposit amount needed to bring your available Account balance to $0 or greater than $0 within the Overdraft Grace Period to receive an overdraft fee refund. For example, if you overdraw your account by $100 on Monday and make a deposit of $150 on Tuesday to bring your available Account balance greater than $0, but on Tuesday, you make a $100 debit card transaction, you will need to deposit an additional $50 as of 11:00 p.m. ET on Tuesday to receive an overdraft fee refund for the item(s) that overdrew your Account on Monday.

If a deposit is received and later returned, we may assess or reassess an overdraft fee that was refunded. By way of example, we may provide provisional or final credit for an item that is deposited or credited to your Account and later returned or debited from your Account pursuant to an adjustment, levy, returned item, court order, court proceedings, seizure warrant, request from law enforcement or request from another financial institution may not prevent the assessment of an overdraft fee. Such an item, notwithstanding the provisional or final credit, may not be an eligible deposit.

While Overdraft Grace affords you additional time to receive automatic refunds for overdraft fees, it does not prevent other actions on your Account, including but not limited to Account closure. Additionally, Overdraft Grace will not prevent reporting to regulatory or administrative agencies that may be required by federal, state or other law for certain types of accounts, including but not limited to real estate escrow and attorney trust accounts.

Overdraft Grace may not be available for accounts in a suspended or frozen status or on hold, or accounts that are subject to court proceedings, court order, seizure warrant, forfeiture, restraining notice, levy, garnishment or a request from law enforcement, state or federal agencies or other financial institutions.

**Stop Payments**

At your request and risk, the Bank will accept a stop payment request for a check on your Account for a fee (see Personal Fee Schedule). To be effective, a stop payment request must be received in such timely manner so as to give the Bank a reasonable opportunity to act on it, and must precisely identify the Account number, check number, date and amount of the item, and the payee.

Your stop payment request will be effective after the request has been received by the Bank and the Bank has had a reasonable opportunity to act on it. Regardless of whether your stop payment request has been made orally or in writing, it will remain in effect for one (1) year from the date it was given. If your stop payment request has been made orally, the Bank will send you a written confirmation. If your stop payment request is made in writing, you must use a form that is supplied by the Bank; this form will constitute written confirmation of your request. In either case, it is your responsibility to ensure that all of the information supplied on your written confirmation is correct and to promptly inform the Bank of any inaccuracies.

To maintain the validity of the stop payment request for more than one (1) year, you must furnish a new stop payment request that is confirmed in writing as described in the preceding paragraph before the expiration of the one (1) year period. If a new stop payment request is not received, the check may be paid.

We are not liable for failing to stop payment if you have not given us sufficient information or if your stop payment request comes too late for us to act on it. We are entitled to a reasonable period of time after we receive your stop payment request to notify our employees and take other action needed to stop payment. You agree that "reasonable time" depends on the circumstances, but that we will have acted within a reasonable time if we make your stop payment request effective by the end of the next Business Day following the Business Day on which we receive your stop payment request. If we stop payment, you agree to defend and pay any claims raised against us as a result of our refusal to pay the check or other item on which you stopped payment.

If we recredit your Account after we have paid a check or other item over a valid and timely stop order, you agree to sign a statement describing the dispute you have with the person to whom the check or item was made payable. You also agree to transfer to us all of your rights against the payee and any other holder, endorser or prior transferee of the check or item and to cooperate with us in any legal action taken to collect against the other person(s).

If we are liable for inadvertently paying your check over a stop payment order, you must establish the amount of your loss caused by our payment of the check. We will pay you only the amount of the loss, up to the face amount of the check. You agree that we shall not be liable for any punitive, exemplary or consequential damages.

The Bank has no duty to stop payment on a cashier's check, teller's check, or other similar item because items of this type are not drawn on your Account. The Bank may, in its sole discretion, attempt to stop payment on a cashier's check, teller's check or other similar item if you certify to our satisfaction that the item has been lost, stolen or destroyed. You must also furnish any other documents or information we may require, which may include your affidavit attesting to the facts and your indemnification of the Bank. Even if the Bank agrees to attempt to stop payment on a cashier's check, teller's check or other similar item, if the item is presented for payment, the Bank may pay it and you will be liable to us for that item, unless otherwise required by applicable law.

For information on Stop Payments as they pertain to pre-authorized funds transfers, please reference the Pre-authorized (Recurring) Transfers and Stop Payments section in Part IV: Electronic Funds Transfers Disclosure.

**International, ACH, The Clearing House Real-Time Payments ("TCH RTP") and Wire Transactions**

If your Account receives incoming ACH transactions (either credits or debits), RTP transfers, or wire transfers initiated from within or outside of the United States, both you and we are subject to the Operating Rules and Guidelines of the National Automated Clearing House Association ("NACHA"), the The Clearing House Real-Time Payments (TCH RTP) Operating Rules," or the rules of any wire transfer system involved, and the laws enforced by the Office of Foreign Assets Control ("OFAC"). You must not send or receive RTP transfers on behalf of a person who is not a resident of, or otherwise domiciled in, the United States. Under such rules and laws, we may temporarily suspend processing of a transaction for greater scrutiny or verification against the OFAC list of blocked parties, which may result in delayed settlement, posting, and/or availability of funds. If we determine there is a violation, or if we cannot satisfactorily resolve a suspected or potential violation, the subject funds will be blocked as required by law. If you believe you have adequate grounds to seek the return of any blocked funds, it is your sole responsibility to pursue the matter with the appropriate governmental authorities. Please see the OFAC website for procedures and form required to seek a release of blocked funds.

We may impose a fee, as disclosed on the Personal Fee Schedule, for any domestic or international incoming wire transactions. Wire transfers in a foreign currency will be converted at our rate of exchange on the day the transaction completed and we may earn revenue on this exchange.

**Periodic Statements; Time Limit to Report Errors**

If your Account is not a Holiday Club, Club Saver, IRA, Passbook, or CD Account, the Bank will provide you with a periodic statement. Unless you tell us of a change of address, we will continue to mail or deliver electronically statements or any other notices to your address as it appears on our records and you will be considered to have received those statements and any other notices sent to you at that address. We do not have to send you a statement or notice if (i) you do not claim your statement, (ii) we cannot deliver your statement or notice because of your instructions or your failure to tell us that you have changed your address, or (iii) we determine that your Checking Account has been inactive for more than 6 months or your Savings Account has been inactive for more than 9 months.

You should review your statements and balance your Account promptly after you receive them or, if we are holding them for you, promptly after we make them available to you. If you don't receive an Account statement by the date when you usually receive it, call us at once. You must review your statements to make sure that there are no errors in the Account information.

On Accounts with check-writing privileges, you must review your statement and imaged copies of paid checks, if any, we send you and report forgeries, alterations, missing signatures, amounts differing from your records, or other information that might lead you to conclude that the check was forged or that, when we paid the check, the proper amount was not paid to the proper person. You have this duty even if we do not return checks to you or we return only an image of the check. You should notify us as soon as possible if you think there is a problem.

Applicable law and this Agreement require you to discover and report any error in payment of a check within specified time periods. You agree that statements and any images of paid checks accompanying the statement shall be deemed to be "available" to you as of the statement mailing date, or the date on which electronic statements are available for viewing. If we are holding your Account statements for you at your request, the statements become "available" on the day they are available for you to pick up. This means, for example, that the period in which you must report any problem with an Account begins on the day we make the statement available, even if you do not pick up the statement until later.

If you assert against us a claim that an item was not properly payable because, for example, the item was forged or an endorsement was forged, you must cooperate with us and assist us in seeking criminal and civil penalties against the person responsible. You agree to assist TD Bank, N.A. and law enforcement authorities as needed in any investigation and, if needed, to serve as a witness at any hearing, proceeding or action brought against the person(s) responsible for the forgery. If we ask, you also must give us a statement, under oath, about the facts and circumstances relating to your claim. If you fail or refuse to do these things, we will consider that you have ratified the defect in the item and agree that we may charge the full amount of the item to your Account.

**You must notify us as soon as possible if you believe there is an error, forgery or other problem with the information shown on your Account statement. You agree that thirty (30) Calendar Days after we mailed a statement (or otherwise made it available to you) is a reasonable amount of time for you to review your Account statement and report any errors, forgeries or other problems. In addition, you agree not to assert a claim against us concerning any error, forgery or other problem relating to a matter shown on an Account statement unless you notified us of the error, forgery or other problem within thirty (30) Calendar Days after we mailed you the statement (or otherwise made it available to you). This means, for example, that you cannot bring a lawsuit against us, even if we are at fault, for paying checks bearing a forgery of your signature unless you reported the forgery within thirty (30) Calendar Days after we mailed you the statement (or otherwise made it available to you) listing the check we paid. If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30-day period, we won't be responsible for unauthorized transactions made by the same wrongdoer.**

There are exceptions to this 30 day notice requirement. For claims asserting forged, missing or unauthorized endorsement or alteration, you must notify us within the period specified by the state law applicable to your Account. We may destroy original checks not less than thirty (30) Calendar Days after the statement mailing date or electronic delivery date. We will retain copies of the front and back of the checks on microfilm or other media for a period of seven (7) years. During that period, we will provide you an imaged copy of any paid check on request, but we need not do so thereafter. You agree not to make any claim against us arising out of the authorized destruction of your original checks or the clarity or legibility of any copy we provide.

### Combined Statements with Checking

If more than one Checking type Account is combined together on a monthly statement, then only one Checking Account can be designated as the primary Account. This primary Account may receive imaged copies of the paid checks back with the statement, and we may impose a fee as disclosed on the Personal Fee Schedule, for providing these imaged copies. Checks for all other Accounts will be retained by the Bank. To request a copy of a paid check, please call **1-888-751-9000**.

Please note that a Health Savings Account cannot be included on a combined statement.

### Important Information for Opening a New Account

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an Account. When you open an Account, we will ask for your name, legal address, date of birth, Social Security or Tax Identification Number, and other information that will allow us to identify you. We may also ask to see your driver's license or any other identifying documents.

### Telephone Numbers

If you give a cell phone number directly to us, you consent to and agree to accept calls and text messages related to the servicing of your Account to your cell phone from us and our agents. For any service related telephone calls, cell phone calls, or text messages placed to you by us or our agents, you consent and agree that those calls may be automatically dialed and/or may consist of pre-recorded messages. Text message & data rates may apply. User can reply HELP for help with text messages or STOP to stop text messages.

### Account Ownership

The following provisions explain the rules applicable to your Account depending on the form of ownership specified on the signature card. Only the portion corresponding to the form of ownership specified will apply.

### Individual Accounts

An individual Account is issued to one person who does not intend (merely by opening the Account) to create any survivorship rights for any other person.

### Joint Accounts – With Right of Survivorship

A joint Account is issued in the name of two or more persons. If more than one of you opens an Account and signs a signature card as a co-owner of the Account, the Account is a joint Account with right of survivorship. Each of you intends that, upon your death, the balance in the Account (subject to any previous pledge to which we have consented) will belong to the survivor(s), and we may continue to honor checks or orders drawn by, or withdrawal requests from, the survivor(s) after the death of any owner(s). If two or more of you survive, you will own the balance in the Account as joint tenants with right of survivorship.

If you are under the age of 18, you must open a joint Account with a parent or legal guardian as the secondary owner.

The following rules apply to all joint Accounts:

a) **Deposits:** All deposits are the property of all of the owners of the Account. Each owner of a joint Account agrees that we may credit to the joint Account any check or other item which is payable to the order of any one or more of you, even if the check or other item is endorsed by less than all or none of you. We may supply endorsements as allowed by law on checks or other items that you deposit to the Account. For certain checks, such as those payable by the government, we may require all payees to endorse the check for deposit.

b) **Orders:** The Bank may release all or any part of the balance of the Account to honor checks, withdrawals, orders, or requests signed by any owner of the Account. Any one of you may close the Account. We may be required by service of legal process to hold or remit funds held in a joint Account to satisfy an attachment or judgment entered against, or other valid debt incurred by, any owner of the Account. None of you may instruct us to take away any of the rights of another. If there is a dispute among you, you must resolve it yourselves and the Bank does not have to recognize that dispute in the absence of any valid court order. Unless we receive written notice signed by any owner not to pay any joint deposit, we shall not be liable to any owner for continuing to honor checks or other orders drawn by, or withdrawal requests from, any owner; after receipt of any such written notice, we shall not be liable to any owner for refusing to pay any checks or honor any orders and we may require the written authorization of any or all owners for any further payments.

c) **Liability:** Co-owners of a joint Account are jointly and severally liable for activity on this Account. In the event of any overdrafts on a joint Account, the joint owners agree that each owner shall be jointly and severally liable for the overdrafts in the joint Account, whether or not any particular owner: (a) created the overdraft, (b) had knowledge of the overdraft, (c) was involved in or participated in activity in the Account, or (d) derived any benefit from the overdraft.

**No Two-Signer Accounts**

We do not offer Accounts on which two or more signatures are required for a check or other withdrawal. Notwithstanding any provisions to the contrary on any signature card or other agreement you have with us, you agree that if any Account purports to require two or more signers on items drawn on or withdrawals from the Account, such provision is solely for your internal control purposes and is not binding on us. If more than one person is authorized to write checks or draw items on your Account, you agree that we can honor checks signed by any Authorized Signer, even if there are two or more lines on the items for your signature and two signatures are required.

**Specialty Accounts**

TD Bank offers Accounts providing benefits to specific demographics. The following provisions explain the rules to these specialty Accounts.

a) **TD Complete Checking:**

    i. TD Complete Checking for young adults: TD Complete Checking accounts provide a monthly maintenance fee waiver and free non-TD ATM fee for primary account owners age 17 through 23. The monthly maintenance fee waiver expires upon the primary Account owner's 24th birthday at which time the Account will be subject to the monthly maintenance fee unless the following are met: Maintain a $500 minimum daily balance or maintain $500 Direct Deposits per statement period or have $5,000 relationship balance across linked TD deposit accounts.

    ii. TD Complete Checking for adults aged  60 and above: TD Complete Checking accounts provide free paper statements and standard checks for primary account holders aged 60 and above:

b) **TD Essential Banking:** TD Essential Banking will not charge any overdraft fees; however, you will not have the ability to order TD checks and there are no check writing privileges.

    TD Essential Banking Accounts provide a monthly maintenance fee waiver for primary Account owners age 13 through 17. The monthly maintenance fee waiver expires upon the primary Account holder's 18th birthday at which time the Account will be subject to the monthly maintenance fee.

**Trust Accounts**

a) **Unwritten:** If your Account is designated as a trust Account, in the absence of any written trust agreement provided to us at Account opening, this Account is deemed a Revocable Unwritten Trust, and you as trustee may withdraw all of the funds during your lifetime. In the event of your death, the Account will belong to the person you named as Account beneficiary, if that person is still living. That Account beneficiary would have the sole right to withdraw the funds in the Account at anytime after your death (although the Bank may be entitled under applicable law to place a hold on the funds before payment to the beneficiary), but not before.

b) **Written:** If you have opened the Account as trustee of a written trust or as trustee pursuant to court order, only the trustee will be allowed to withdraw funds or otherwise transact business on the Account as designated by the trust instrument or court order. We can request a certified copy of any trust instrument or court order, but whether or not a copy is filed with us, we will not be held responsible or liable to any of the written trust's beneficiaries for the trustee's actions. Beneficiaries acquire the right to withdraw only as provided in the trust instrument or court order.

The person(s) creating either of these Trust Account types may make changes to the Account, including changes to the beneficiaries or the Account type, and may withdraw funds on deposit in the Account, only as permitted by the trust instrument or court order.

Some jurisdictions have specific laws governing other specific types of fiduciary Accounts. If you establish one of these types of Accounts, you agree to comply with all of the laws applicable to such types of Accounts.

With all fiduciary and custody Accounts, regardless of whether a written trust instrument has been provided to us, the owners and beneficiaries of the Account agree that we will not be liable if the trustee or custodian commits a breach of trust or breach of fiduciary duty, or fails to comply with the terms of a written trust agreement or comply with applicable law. We are not responsible for enforcing the terms of any written trust agreement or applicable law against the trustee or custodian, and can rely on the genuineness of any document delivered to us, and the truthfulness of any statement made to us, by a trustee or custodian.

**Uniform Gifts/Transfers To Minors Act Account**

If your Account is opened under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act, the funds in the Account belong to the minor [depending on the jurisdiction in which you have opened such an Account and the circumstances, a minor may be a child under the age of eighteen (18) or under the age of twenty-one (21)] you have named. You must provide to us the minor's Social Security Number. You, as custodian, or the custodian you have named, may withdraw all of the funds in the Account at any time for the benefit of the minor you have named. Our contractual obligation to honor checks, orders, withdrawals or other requests related to the Account is with the custodian only. In the event of the custodian's death, the person named as successor custodian (as provided by law) will succeed to these rights. When the minor reaches the age of majority applicable in his or her jurisdiction, or at another time determined by applicable law, the custodian shall transfer any funds remaining in the Account to the minor or to the minor's estate.

**Power of Attorney**

We may, in our sole discretion (unless we are required by law to recognize a statutory form of power of attorney), recognize the authority of a person to whom you have given a power of attorney to enter into transactions relating to your Account, until and unless we receive written notice or we have actual notice of the revocation of such power of attorney. However, you must show us an original copy or certified copy of the power of attorney, properly notarized, and any other documentation we may ask for from time to time. The power of attorney and all other documents must be in a form satisfactory to the Bank. We will not be liable for damages or penalty by reason of any payment made to, or at the direction of, a person holding a power of attorney.

**Certified Taxpayer Identification Number ("TIN") or Social Security Number ("SSN")**

Federal law requires you to provide to the Bank a valid and certified Taxpayer Identification Number ("TIN") or Social Security Number ("SSN"). We may be required by federal or state law to withhold a portion of the interest credited to your Account in the following circumstances:

a) you do not give us a correct TIN or SSN;

b) the IRS tells us that you gave us an incorrect TIN or SSN;

c) the IRS tells you that you are subject to backup withholding because you have under-reported your interest or other income;

d) you fail to certify to us that you are not subject to backup withholding;

e) you do not certify your TIN or SSN to us; or

f) there may be other reasons why we may be required to do so under applicable law.

If we do this, the amount we withhold will be reported to you and the IRS and applied by the IRS to the payment of any Federal income tax you may owe for that year.

**Consumer Reports and Disclosing Information About You and Your Account**

**You agree that we may verify credit, deposit, and employment history through third parties, including but not limited to consumer reporting agencies, or verify any previous banking relationships of yours for any Accounts you have with the Bank now or in the future.** We may use the information supplied to us to determine if we should open, maintain, or close the Account. If an Account is declined based on adverse information, you may request from the consumer reporting agency a copy of the information supplied to us.

Additionally, if your Account is closed for insufficient funds activity or other negative reason, a report may be made by us to one or more consumer reporting agencies or other third parties if permitted by applicable law. The consumer reporting agency may supply this information to others, which may adversely impact your ability to establish an account at another financial institution. If your account is jointly held, we may also report negative closure reasons to one or more consumer reporting agencies or other third parties about any joint owner(s). Negative account closure information may be reflected in each joint owner's consumer report.

Please notify us if you have a dispute or believe the information we've reported to a consumer reporting agency is inaccurate or incomplete. We will complete an investigation and notify you of our findings and, if necessary, corrections. Please note that calling us will not preserve your rights. Please mail your written correspondence to the following address:

| TD Bank, Credit Disputes<br>(Attn: Deposit Accounts)<br>PO Box 71466<br>Philadelphia PA 19176-1466 | Please include the following in your correspondence:<br>• Full name<br>• Account number<br>• Reason you believe there is an inaccuracy or description of the item you are not sure about |
| --- | --- |

Additionally, you may file a dispute directly with the consumer reporting agency.

If you believe the information supplied to TD to verify your deposit account history is inaccurate or incomplete, you may dispute it directly with the consumer reporting agency. The dispute must be in writing and may be sent through one of the methods listed below.

| Mail:<br>Early Warning Services, LLC<br>Attn: Consumer Services<br>5801 North Pima Road<br>Scottsdale, AZ 85250<br><br>Fax:<br>480-656-6850<br><br>Electronically through Early Warning's secure online portal | Please include the following in your correspondence:<br>• Your consumer ID, found on the first page of your consumer report supplied by Early Warning Services<br>• A description on the specific information that is incorrect<br>• A detailed description of why you believe the information is inaccurate or incomplete<br>• Copies of supporting documentation for each dispute |
| --- | --- |

If you have additional questions, you may contact Early Warning at 800-745-1560.

If you are a licensed attorney, you agree that we may report information about overdrafts on and/or returned checks drawn on Accounts which you maintain as trustee for the benefit of another person or in any fiduciary capacity, to the extent and in the manner required by applicable laws, rules, or regulations. You agree that we have no liability to you for reporting any information to applicable authorities regarding any Account which we believe in good faith is subject to such laws, rules, or regulations.

**Conflicting Demands/Disputes**

If there is any uncertainty or conflicting demand regarding the ownership of an Account or its funds; or we are unable to determine any person's authority to give us instructions; or we are requested by law enforcement or a state or local agency to freeze the Account or reject a transaction due to the suspected financial abuse of an elder or dependent adult; or we believe a transaction may be fraudulent, unauthorized, or may violate any law, we may, in our sole discretion:

1) freeze the Account and refuse transactions until we receive written proof (in form and substance satisfactory to us) of each person's right and authority over the Account and its funds;

2) close the Account and distribute the Account balance, subject to any debts or obligations owed to the Bank, equally to each Accountholder, or close the Account and distribute funds to a victim of a fraudulent scheme or the rightful owner of the funds, which may be determined by us in our sole discretion;

3) refuse transactions and return checks, marked "Refer to Maker" (or similar language);

4) require the signatures of all authorized signers for the withdrawal of funds, the closing of an Account, or any change in the Account regardless of the number of authorized signers on the Account;

5) request instructions from a court of competent jurisdiction at your expense regarding the Account or transaction; and/or

6) continue to honor checks and other instructions given to us by persons who appear as authorized signers according to our records. The existence of the rights set forth above shall not impose an obligation on us to assert such rights or to deny a transaction.

If any person notifies us of a dispute, we do not have to decide if the dispute has merit before we take further action. We may take these actions without any liability and without advance notice, unless the law says otherwise

**Changing Your Account**

If we agree to let you make any change to your Account type in the middle of the Account's interest and/or service charge cycle, without requiring you to open a new Account and without changing your Account number, you agree that the following rules will apply to the period in which we allow you to make this change:

a) **Interest:** The rules for the payment of interest (if any) on the new Account will take effect on the day the type of Account is changed (the "Change Date"). For the days before the Change Date, the rules for the payment of interest (if any) and for any minimum balance that must be maintained in order to qualify for interest (if any) that applied to the old Account will apply.

b) **Fees and Charges:** The rules for all fees and charges that we may charge in connection with the new Account, and for any minimum balance that must be maintained in order to avoid certain fees and charges, will take effect after the Change Date.

c) **Account Statement:** If you receive statements, the Account statement you will receive for the statement period that includes the Change Date will show: (1) the total interest earned or accrued during the entire statement period; (2) the corresponding "annual percentage yield earned" for the entire statement period; and (3) the fees and charges subtracted from your Account during the entire statement period.

d) Any product type change, including any associated services, features, and benefits, may take up to 3 Business Days to process.

**Adverse Claims; Interpleader; Legal Process**

We need not honor any claim against or involving an Account unless we are required to do so by order of a court or government agency that has jurisdiction over us, or pursuant to applicable law. This rule applies to any person asserting any rights or interest regarding an Account, including you and other persons who are authorized to make withdrawals or write checks or who present a power of attorney signed by you.

If we receive notice of any claim or dispute or of any legal proceeding we reasonably believe involves you or any of your Accounts, in our discretion, we may suspend transactions on any Account which we believe to be affected until final determination of the claim or proceeding. We may place a hold on any funds in the Account and suspend transactions whether the affected Account is in your name alone or is a joint Account. We may distribute funds to a victim of a fraudulent scheme or the rightful owner of funds, which may be determined by us in our sole discretion. An Account may be suspended even though the suspension may have been due to inadvertence, error because of similarity of the names of depositors, or other mistake.

You agree that we may comply with any state or federal legal process, including, without limitation, any writ of attachment, adverse claim, execution, garnishment, tax levy, restraining order, subpoena or warrant relating to you or your Account which we believe to be valid. You agree that if we are served with legal process at any of our Stores or offices, we may comply with it, even if it is served at a location other than where your Account was opened. Further, you agree that we may comply with such process as we deem appropriate under the circumstances even if the legal process or document appears to affect the interest of only one owner of a joint Account. In such case, we may refuse to permit withdrawals or transfers from your Account until such legal process is satisfied or dismissed, even if such action results in insufficient funds to pay a check you have written or otherwise satisfy an obligation you may have incurred.

You agree that we will not pay and you shall not be entitled to receive interest on any funds we hold or set aside in connection with or in response to legal process. Finally, you agree that we may accept and comply with legal process, irrespective of how and/or where it was received, even if the law requires any particular method of service.

You agree to indemnify us against all losses, costs, attorneys' fees, and any other liabilities that we incur by reason of responding to or initiating any legal action, including any interpleader action we commence involving you or your Account. As part of that indemnity, in the event we incur liability to a creditor of yours as a result of our response or failure to respond to a legal action, you agree to pay us on demand the amount of our liability to your creditor and to reimburse us for any expense, attorneys' fees, or other costs we may incur in collecting the amount from you.

We may, in our sole discretion and without any liability to you, initiate an action in interpleader to determine the rights of the persons making adverse claims to your Account. We may exercise the right regardless of whether the persons making the adverse claims have complied with all statutory requirements pertaining to adverse claims, such as posting a bond or giving other surety. Upon initiation of an interpleader action, we will be relieved and discharged of all further duties and obligations.

**If You Owe Us Money**

If you withdraw funds from your Account that you do not have a right to withdraw, including the amount of a check or other item which we later charge back to your Account or any amounts that may be credited to your Account in error, you will have to pay us back. If you do not, the Bank may apply the funds in or deposits to your Account (or any other related Account) against the debt or obligation owed to us, without providing notice to you, except that this provision does not apply to any consumer credit covered by the federal Truth in Lending law. In the event that your Account is a joint Account, the Bank may access the funds in your Account to satisfy a debt or obligation owed by any of the Accountholders to the Bank.

If there are not enough funds in your Account to cover the debts or obligations owed to the Bank, we may overdraw your Account, without being liable to you. Some government payments (such as Social Security, Supplemental Security Income, Veterans and other federal or state benefit) may be protected from attachment, levy, garnishment, or other legal process under federal or state law. If such protections would otherwise apply to the funds in or deposits to your Account, you waive these protections and agree that we may use these funds or deposits to satisfy debts owed to the Bank. The Bank also may bring a lawsuit against you to get the money back. We can also do this if you owe us any fees or charges in connection with your Account and you do not pay us. If we bring a lawsuit against you, you agree to pay our court costs and reasonable attorneys' fees as awarded by the court and as permitted by law.

**Right to Close Accounts**

a) TD Bank reserves the right to terminate any Account at any time within our discretion, and for any reason or no reason, without notice to you (unless notice is required under applicable law). The terms of this Agreement apply to your Account even after the Account is closed.

b) Account Auto-Closure

 i) We may consider any Checking  or Money Market Account that has a zero balance for forty-five (45) Calendar Days to be closed.

 ii) We may consider any CD Account that has a $0.01 balance or less after ten (10) Calendar Days to be closed.

 iii) We may consider any Savings Account (excluding CDs) that has a $0.01 balance or less after forty-five (45) Calendar Days to be closed.

 iv) We may consider any Holiday Club or Club Saver Accounts that have a $0.01 balance or less after sixty (60) Calendar Days to be closed.

**Right of Set-Off**

Unless we are prohibited by applicable law, the Bank can take any funds in any of your Account(s) to pay any loss to the Bank as determined by the Bank in its sole discretion, including, but not limited to, a returned item from you or any of your Accounts with us, whether held jointly or individually, or to pay any debt you owe us or liability. This is called the right of set-off and applies to all funds of yours in our possession now or in the future. We can use this right of set-off without giving you any notice (unless notice is required by applicable law) and without going through any legal processes or court proceedings. If this is a joint Account, the right of set-off applies to deposits of each co-owner to pay the debts owed to us by any or all of you. Likewise, we could withdraw money from an Account owned by only one person and apply it to reduce the joint debt of that person and another person. This right of set-off does not apply to your Account if: (a) it is an IRA or a tax-deferred retirement Account, Health Savings Account, or Coverdell Education Savings Account; or (b) the debt is created by a consumer credit transaction under a credit card plan; or (c) the debtor's right of withdrawal arises only in a representative capacity.

We also have a right to place a hold on funds in your Account(s) if we have a claim against you or pending exercise of our right of set-off. If we place a hold on your Account, you may not withdraw funds from the Account and we can refuse to pay checks or other items drawn on the Account.

In addition to any right of set-off, you hereby grant to the Bank a security interest in your deposit Accounts to secure all loans or other extensions of credit, now or in the future.

### Death/Incompetence

Your death, or a declaration that you are legally incompetent to handle your affairs, does not end our authority to pay checks signed or other items authorized by you, to accept deposits or to collect items deposited until we receive written notice of your death or declared incompetence. Even after we receive notice, we can pay checks or other items authorized by you before your death or declared incompetence for such period of time permitted under applicable law.

On joint Accounts, your death or declared incompetence does not affect the rights of any other owner of the Account to make deposits, make withdrawals or, if applicable, write checks. We may require the surviving owners and any in-trust-for Account beneficiary to provide reasonable proof of your death or incompetence and, in some jurisdictions, provide any tax releases or any other documents or consents needed from government authorities before we pay any checks or other items authorized on your joint Account or allow the surviving owners or your beneficiary to withdraw any funds from the Account. Each of you is responsible for notifying us when any other joint owner of an Account dies.

Certain checks or other items made payable to a deceased joint Account holder (e.g. Social Security checks or electronic deposits) must be returned to the issuer and may not be used, cashed or disposed of in any other way by the surviving Account holders. If such items are used, cashed or disposed of by any one or all of the surviving Account holders, each Account holder remains liable for the amount of the item and any charges incurred as a result of the improper use of the item. In our discretion, we can charge your Account for the amount of these items and remit payment to the issuer of the item.

### Limited Liability

UNLESS EXPRESSLY PROHIBITED OR OTHERWISE RESTRICTED BY APPLICABLE LAW, THIS AGREEMENT, OR THE ELECTRONIC FUNDS TRANSFERS DISCLOSURE, THE BANK'S LIABILITY IS LIMITED AS FOLLOWS: THE BANK WILL NOT BE LIABLE TO YOU FOR PERFORMING OR FAILING TO PERFORM OUR SERVICES UNDER OR IN CONNECTION WITH THIS AGREEMENT UNLESS WE HAVE ACTED IN BAD FAITH. WITHOUT LIMITING THE ABOVE, THE BANK WILL NOT BE LIABLE FOR DELAYS OR MISTAKES WHICH HAPPEN BECAUSE OF REASONS BEYOND OUR CONTROL, INCLUDING, BUT NOT LIMITED TO, ACTS OF BANKING AUTHORITIES, NATIONAL EMERGENCIES, ACTS OF GOD, FAILURE OF TRANSPORTATION, COMMUNICATION OR POWER SUPPLY, MALFUNCTION OF OR UNAVOIDABLE DIFFICULTIES WITH THE BANK'S EQUIPMENT. SHOULD A COURT ESTABLISH THE BANK'S LIABILITY TO YOU PURSUANT TO WHAT WAS DONE OR NOT DONE UNDER THIS AGREEMENT, YOU MAY RECOVER FROM THE BANK ONLY YOUR ACTUAL DAMAGES, IN AN AMOUNT NOT TO EXCEED THE TOTAL FEES AND CHARGES PAID BY YOU TO THE BANK PURSUANT TO THIS AGREEMENT DURING THE THREE (3) MONTH PERIOD IMMEDIATELY PRECEDING THE EVENT GIVING RISE TO THE LIABILITY. IN NO EVENT WILL YOU BE ABLE TO RECOVER FROM THE BANK INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY DAMAGES OR LOST PROFITS, WHETHER OR NOT IT HAS NOTICE THEREOF.

This Agreement and the deposit relationship do not create a fiduciary, quasi-fiduciary, or special relationship between you and us. Our deposit relationship with you is that of debtor and creditor. For IRA Accounts, you acknowledge that the Bank does not provide fiduciary advice with respect to your IRA Account, including, but not limited to advice regarding a contribution into a specific IRA Account, a distribution from a retirement Account, or a rollover from a retirement plan into an IRA deposit Account. You agree that you will neither solicit nor rely upon the Bank or any of its employees for any such advice.

The Bank's internal policies and procedures are solely for our own purposes and do not impose on us a higher standard of care than otherwise would apply by law without such policies or procedures.

### Default

Your Account may be in default if: (a) you have repeatedly overdrawn your Account; (b) you do not repay immediately any overdraft; (c) you do not comply fully with any term or condition of this Agreement or of any other agreement you may have with us; (d) you give us false or misleading information about yourself or any of your deposit or credit relationships with us or with others; (e) you file or someone else files against you a petition in bankruptcy; (f) any of your loans with us is past due or otherwise in default; (g) we, in our sole discretion, are not satisfied with your condition or affairs, financial or otherwise; or (h) we, in our sole discretion, believe that your financial condition has suffered an adverse change.

If you are in default, we may close any or all of your Accounts, with or without notice (unless notice is required under applicable law), or we may exercise all available rights and remedies provided elsewhere in this Agreement or other agreements and all rights and remedies available at law or equity.

### Indemnity

a) **In General.** You agree to indemnify, and hold TD Bank harmless from and against any and all losses, liabilities, penalties, damages, costs, expenses (including, but not limited to, attorneys' fees and court costs) or other harm or injury that we may incur as a result of any claim asserted against us by any third party arising out of any action at any time taken or omitted to be taken by (i) you under or in connection with this Agreement, including, but not limited to, your failure to observe and perform properly each and every obligation in accordance with this Agreement and any other agreement which you enter into with us; or (ii) us in reliance upon any certification, evidence of authority, or other document or notice given or purporting to have been given by you to us, or any information or order which you provide to us. This indemnification does not apply to claims that you may assert against us, or to any amounts we are obligated to pay you under the terms of this Agreement or applicable law.

b) **Your Instructions to Us.** Without limiting the above, if you give us instructions which we believe may expose us to potential liability, we may refuse to follow your instructions.

If we decide to follow your instructions, you agree to indemnify us against all losses, costs, attorneys' fees and any other liabilities we incur. In addition, we may ask you for certain protections, such as a surety bond or your indemnity in a form satisfactory to us.

### Jury Trial Waiver

YOU AND WE EACH AGREE THAT NEITHER YOU NOR WE SHALL (A) SEEK A JURY TRIAL IN ANY LAWSUIT, PROCEEDING, COUNTERCLAIM, OR ANY OTHER ACTION BASED UPON, OR ARISING OUT OF, THIS AGREEMENT OR ANY Account OR THE DEALINGS OF THE RELATIONSHIP BETWEEN YOU OR US, OR (B) SEEK TO CONSOLIDATE ANY SUCH ACTION IN WHICH A JURY TRIAL CANNOT BE OR HAS NOT BEEN WAIVED. THE PROVISIONS OF THIS SECTION SHALL BE SUBJECT TO NO EXCEPTIONS. NEITHER YOU NOR WE HAVE AGREED WITH OR REPRESENTED TO THE OTHER THAT THE PROVISIONS OF THIS SECTION WILL NOT BE FULLY ENFORCED IN ALL INSTANCES. YOU AND WE EACH ACKNOWLEDGE THAT THIS WAIVER HAS BEEN KNOWINGLY AND VOLUNTARILY MADE.

**Demand Deposit Accounts and Sub-Accounts**

All Checking Accounts consist of two separate sub-Accounts: a transaction sub-Account, and a non-transaction sub-Account. Whenever your transaction sub-Account balance exceeds a certain level (which we may set and change at our discretion without notice to you), funds above that level may be transferred from the transaction sub-Account to the non-transaction sub-Account at the Bank's discretion, as often as once each day. All of your Checking Account transactions are posted to the transaction sub-Account. Balances transferred to the non-transaction sub-Account are transferred back to the transaction sub-Account to meet these transactional needs, so there is no adverse impact on the availability of the balances held in your Checking Account. In addition, we do not allow more than six (6) transfers from the non-transaction sub-Account during any statement cycle. Therefore, if a sixth (6th) transfer occurs, we will return all balances to the transaction sub-Account for the remainder of the statement cycle.

These sub-Accounts are treated as a single Checking Account for purposes of deposits and withdrawals, access and information, statement reporting, and any fees or charges. There are no separate or additional balance requirements, fees, or charges associated with the creation of these sub-Accounts. If your Checking Account is a non-interest bearing Account, neither the transaction sub-Account nor the non-transaction sub-Account receives any interest. If your Checking Account is an interest-bearing Checking Account, both the transaction sub-Account and the non-transaction sub-Account receive the same interest rate at all times, and your periodic statement will reflect a single blended Annual Percentage Yield ("APY") and APY Earned.

In accordance with federal regulations, we reserve the right to require seven (7) Calendar Days advance notice of withdrawals from interest-bearing transaction sub-Accounts and all non-transaction sub-Accounts. While the Bank is required to reserve this right, the Bank does not presently exercise this right.

**Miscellaneous**

a) **Our Right to Refuse Accounts:** The Bank reserves the right to refuse to open any Account at any time, and for any reason, or no reason without notice to you (unless notice is required under applicable law).

b) **Our Right to Delay Enforcement:** We can choose to not enforce or delay in enforcing any provisions of this Agreement without losing the right to enforce them in the future.

c) **Assignment:** Your Account may not be transferred, pledged or assigned without the Bank's prior written consent, to be given or refused at the Bank's sole discretion.

d) **Items in the Mail:** We are not responsible for any items you mail to us that are lost in transit. Therefore, you may not wish to place currency or coupons in the mail.

e) **Direct Deposit:** If you have direct deposit, you agree that if a direct deposit must be returned for any reason, you authorize us to deduct the amount from this Account or any other Account you may have with us, without prior notice and at any time.

f) **Accounts with Zero Balance:**

    i) Your Account may not be considered closed if you transfer all of the funds out of your Account or reduce the Account balance to zero. We may continue to assess fees to your Account; please refer to the Personal Fee Schedule and Personal Account Maintenance Information grid for any applicable fees.

    ii) Accounts can only be closed by you if the current balance is at zero. If you would like to close your Account, you must contact us directly by visiting one of our Stores, contacting Customer Service at 888-751-9000, or by written request. When submitting a written request, you must include the Account number(s) and mailing address (the address you would like the check mailed). The letter must be signed and notarized. Written requests can be sent to any TD Bank Store location.

    iii) You should not close your Account until all the transactions you arranged for have been paid, and you should leave enough funds to pay them and any fees. You will owe us for any fees or transactions that are pending during the Account closure process or that post to your Account before we close the Account. Your Account will not be closed until we process your request. Please check your Account following your request date to ensure the Account has been closed.

    iv) This section does not change our ability to close Your Account(s) at any time within our discretion for any reason or no reason.

g) **Notice of Changes to your personal information:** You must notify us in writing, by phone or at any of our banking offices, of any change to your personal information including, but not limited to, of address or contact information and preferences. It is your responsibility to ensure that all of your personal information held within our records is accurate and to promptly inform the Bank of any inaccuracies. Any communication we send to you at the last address as shown on our records will be binding on you for all purposes. You agree we may change your address on our records based on information provided by the United States Postal Service without notice to you.

h) **Abandoned Accounts:** If your Account is considered to be abandoned under applicable law because you have not used or acknowledged your Account for a time period directed by law, we must turn over the funds in your Account to the appropriate governmental authority. We may give notices as required by law before we do this. You may try to reclaim funds turned over to the governmental authority to the extent permitted by applicable law.

i) **Account Mailings:** From time to time, the Bank may enclose advertising or promotional materials with any periodic statement that is mailed or otherwise made available to you with respect to your Account(s). These materials may include, without limitation, information regarding new, modified or discontinued products or services, as well as sweepstakes or other contests sponsored by the Bank. By opening and maintaining an Account with the Bank, you consent to the mailing and receipt of these advertising or promotional materials with your periodic statement.

j) **Banking Practices:** In the absence of a specific provision in this Agreement to the contrary, your Account will be subject to our usual banking practices and, to the extent not inconsistent therewith, the general commercial banking practices in the area we serve.

k) **Severability:** If any provision of this Agreement is invalid, changed by applicable law or declared invalid by order of a court, the remaining terms of this Agreement will not be affected, and the invalid provision shall be reformed in order to preserve the original intent of this Agreement to the fullest extent feasible. However, if such reformation is not feasible, this Agreement will be interpreted as if the invalid provision had not been placed in this Agreement.

l) **Governing Law:** This Agreement and any claim, controversy or dispute arising under or related to this Agreement shall be governed by and interpreted in accordance with federal law and, to the extent not preempted or inconsistent therewith if you opened your Account in person in a Store (or branch) by the laws of the jurisdiction in which the Store (or branch) where you opened your Account is located, or if you are a government or other public entity, by the laws of the jurisdiction pursuant to which you were incorporated or otherwise organized. If you opened your Account online, on a mobile device, or by telephone, then this Agreement and any claim, controversy, or dispute arising under or related to this Agreement shall be governed by and interpreted in accordance with federal law and, to the extent not preempted or inconsistent therewith, then by the laws of the jurisdiction of your State of residence at the time you opened your Account online, on a mobile device, or by telephone.

m) **Amendments:** We reserve the right to change the terms of this Agreement or change the terms of your Account at any time. We will give you such notice of the change as we determine is appropriate, such as by statement message or enclosure, letter, or as posted in the Store, and as required under applicable law. Where applicable law permits, we can notify you of the changes by posting a new version of this Agreement online, or by making the new version available in our Stores. Your continued use of the Account following the effective date of any such change indicates your consent to be bound by this Agreement, as amended. If you would like a copy of a current Agreement or have questions, please ask any Bank representative or call us at **1-888-751-9000.**

n) **Maine Disclosure of Complaint Resolution Procedures:** If you have a dispute with TD Bank regarding your deposit Account, you may contact us and attempt to resolve the problem directly. If we fail to resolve the problem, you may communicate the problem and the resolution you are seeking to:

Bureau of Financial Institutions
36 State House Station
Augusta, Maine 04333-0036
To file a complaint electronically, you may contact the Bureau of Financial Institutions at the following Internet address: maine.gov/pfr/financialinstitutions/complaint.htm.

The Bureau of Financial Institutions will acknowledge receipt of your complaint promptly and investigate your claim. You will be informed of the results of the investigation. When your complaint involves a federally-chartered financial institution or credit union, the Bureau of Financial Institutions will refer it to the appropriate federal supervisory agency and inform you to whom it has been referred.

o.) **Bonus and Promotions**: From time to time, we may offer cash, rate, or other incentives, for opening or maintaining a personal deposit Account and meeting specific criteria. Once the offer criterion is met, any cash bonus will be credited into the corresponding personal deposit product according to the terms of the offer set forth in the offer addendum. To receive the bonus, your account must not be closed or restricted and must be in a qualifying product type at the time of payout. If the deposit Account is closed by the Customer or TD Bank within 6 months after Account opening, and the bonus has been paid, TD Bank reserves the right to deduct the bonus amount at Account closing. Checking offers are not available to existing TD Bank checking Customers, prior Customers who have had a TD Bank personal checking relationship within the preceding 12 months or Customers who received a bonus on a previous checking Account at any time. Savings offers are not available to existing TD Bank savings or money market Customers, prior Customers who have had a TD Bank personal savings or money market relationship within the preceding 12 months, or Customers who received a bonus on a previous savings or money market Account at any time.  Eligibility may be limited based on account ownership. The primary owner of the new personal checking and/or new personal savings account may be required to complete a valid IRS Form W-9 or substitute IRS Form W-9 to provide certain identifying information. You may be subject to backup withholding at the rate specified in the U.S. Internal Revenue Code if you fail to provide that information or meet certain other conditions. TD Bank may issue you an IRS Form 1099-MISC or other appropriate forms reporting the value of the Bonus. Offer may be withdrawn at any time and is subject to change. TD Bank Employees and Canadian Cross-Border banking Customers may not be eligible.

## Part II: Truth in Savings Disclosure

a) **Accounts Covered:** "Accounts" covered by this disclosure include ALL personal deposit Accounts including Checking, interest bearing Checking, Money Market Accounts, Savings, and Certificates of Deposit (called "CDs"). Your Account will be considered open when you sign a signature card and we receive credit for your initial deposit. You must also complete and sign any other Account documentation that we may require from time to time to maintain your Account. Where applicable, information also pertains to like Private Client Banking Accounts.

b) **Minimum Requirements to Open Accounts:** To open an Account, you must deposit the amount shown in the accompanying Personal Account Maintenance Information grid.

c) **Fees & Charges:** Monthly maintenance fees are shown in the accompanying Personal Account Maintenance Information grid. You agree to pay all fees applicable to the Account, including those detailed in the Personal Fee Schedule. You will be notified at least thirty (30) days in advance of any changes to these fees.

   i) **To Avoid Imposition of Monthly Maintenance Fees:** To avoid the imposition of monthly maintenance fees, you must maintain the minimum requirements for your specified type of Account for that particular monthly cycle, as outlined in the Personal Account Maintenance Information grid.

   ii) **Monthly Maintenance Fee Waiver:** Some Accounts allow for you to waive the monthly maintenance fee on other Accounts. You must inform us of which accounts you want to have designated to waive the monthly maintenance fee. We do not provide the waiver for you. If the Account that determines the monthly maintenance fee waiver benefit is closed, you will no longer receive the benefit. If you open additional eligible accounts to replace any existing ones, we will not automatically waive on your behalf. For more information, The Personal Account Maintenance Information Grid lists the required daily combined balance and the eligible TD Bank products that can be linked for relationship Pricing. Restrictions apply.

   iii) **Paper Statement Fee:** We may impose a fee, as disclosed on the Personal Fee Schedule, for certain Account types that choose to receive paper statements. The Paper Statement Fee is charged per Account, not per statement; therefore a combined statement with more than one Account could receive multiple fees.

d) **Interest Rate and ANNUAL PERCENTAGE YIELD:** The current interest rate on your Account and the Annual Percentage Yield (or "APY") are as shown on the accompanying Deposit Rate Sheet, which is considered part of this disclosure.

**Note:** If this disclosure was given to you in connection with an inquiry, the Interest Rate(s) and APY(s) shown are accurate as of the date shown on our Deposit Rate Sheet. Current rates may be obtained by calling Customer Service at the toll-free number listed on the back of this disclosure or visiting our website.

TD Complete Checking, TD Essential Banking and Savings Transaction Accounts: These are non-interest bearing Accounts and have no APY.

All interest bearing Checking, Savings, and Money Market Accounts: The interest rate and APY may change daily and are adjusted periodically by the Bank based on various economic factors. There is no limit on changes up or down and the rates are subject to change at any time without notice.

   i) **TD Step Rate CDs:** Three (3) and five (5) year terms are available. The APY will increase every year on the anniversary of the Account open date. At maturity, the TD Step Rate CD will automatically renew at maturity to a 12-month TD Choice CD at the **non-promotional** rate.

   ii) **All other CDs:** The interest rate and APY are fixed for the length of the term of the certificate and may only be changed at maturity.

   iii) **To Obtain the Annual Percentage Yield ("APY") Disclosed:** For Checking, Savings, and Money Market Accounts, you must maintain the minimum tier balance in the Account each day in order to obtain the disclosed APY for that particular tier. For TD Choice CDs, the initial Interest Rate is determined by the balance at Account opening. Interest Rates for subsequent terms is determined by the CD balance at renewal. The APY disclosed assumes the Account remains on deposit for one year at the same interest rate.

iv) **Balance Computation Method:** We use the daily balance method to calculate interest on your Account. This method applies a periodic rate to the principal in the Account each day. Interest is accrued on all deposits as of the day the Account is opened on a 365/365-day basis (366/366-day basis during a leap year) and is compounded monthly on the cycle date.

v) **Accrual of Interest:** For all deposit Accounts (except CDs), interest begins to accrue no later than the Business Day we receive credit for the deposit of non-cash items (for example, checks). For Savings and Money Market Accounts, interest is accrued each day on the full collected balance. The collected balance is the available balance in your Account as determined by our Funds Availability policy.

vi) **Frequency of Compounding and Crediting of Interest (Applicable to All Interest Bearing Accounts):** The Bank compounds interest monthly. Interest is credited on a monthly basis. If you or we close your interest bearing Account before the date of interest posting, accrued interest in the amount of $10 or more will be paid. Accrued interest in an amount under $10 will not be paid except at the discretion of the Bank.

e) **Checking Balance Tier Structures**

i) **TD Beyond Checking:** The chart which follows indicates the balance tier levels used to determine the variable interest rate and annual percentage yield (APY) being applied to your Account. The interest rate and APY for the appropriate tier will be paid on the full balance in the Account.

**Balance Tier Structure:**

| | |
|---|---|
| $ 0.01 - $ 9,999.99 | $ 100,000 - $ 249,999.99 |
| $ 10,000 - $ 24,999.99 | $ 250,000 - $ 499,999.99 |
| $ 25,000 - $ 49,999.99 | $ 500,000 - $ 999,999.99 |
| $ 50,000 - $ 99,999.99 | $ 1,000,000+ |

ii) **TD Private Tiered Checking Account:** The chart below indicates the balance tier levels used to determine the variable interest rate and APY being applied to your Account. The interest rate and annual percentage yield for the appropriate tier will be paid on the full balance in the Account.

**Balance Tier Structure:**

| | |
|---|---|
| $ 0.01 – $ 9,999.99 | $ 25,000.00 – $249,999.99 |
| $ 10,000.00 – $24,999.99 | $250,000.00 – $499,999.99 |
| | $500,000.00+ |

f) **Checking Account Information**

1) **Combined Balances:** Some Accounts allow for you to waive the monthly maintenance fee by maintaining a combined daily balance of eligible TD Bank products. You must inform us of which TD Bank products you want to designate to be linked to meet any combined balance requirements. We do not link Accounts for you. When linked, all balances are reviewed daily to determine eligibility. When an existing linked TD Bank product is closed and a new TD Bank product is opened to replace the existing one, we do not automatically link the on your behalf. You must tell us to link the new Account for Relationship Pricing. For more information, The Personal Account Maintenance Information Grid lists the required daily combined balance and the eligible TD Bank products that can be linked for relationship Pricing. Restrictions apply.

2) **TD Private Tiered Checking:** TD Private Tiered Checking Accounts are eligible for monthly maintenance fee waivers on one additional personal Checking Account and all personal Savings Accounts that you choose to include in a combined statement with your Private Tiered Checking Account. You may also request waivers for any TD Health Savings Account(s) you own. You must request these waivers; they are not automatically applied. Waivers expire when the Private Tiered Checking Account is closed.

g) **Savings Balance Tier Structures**

i) **TD Signature Savings:**

The chart which follows indicates the balance tier levels used to determine the variable interest rate and APY being applied to your Account. The interest rate and APY for the appropriate tier will be paid on the full collected balance in the Account.

**Balance Tier Structure:**

| | |
|---|---|
| $ 0.01 - $ 9,999.99 | $ 100,000 - $ 249,999.99 |
| $ 10,000 - $ 24,999.99 | $ 250,000 - $ 499,999.99 |
| $ 25,000 - $ 49,999.99 | $ 500,000 - $ 999,999.99 |
| $ 50,000 - $ 99,999.99 | $ 1,000,000+ |

ii) **TD Private Tiered Savings**: The chart which follows indicates the balance tier levels used to determine the variable interest rate and APY being applied to your Account. The interest rate and APY for the appropriate tier will be paid on the full collected balance in the Account.

**Balance Tier Structure:**

| | |
|---|---|
| $ 0.01 - $ 9,999.99 | $ 100,000 - $ 249,999.99 |
| $ 10,000 - $ 24,999.99 | $ 250,000 - $ 499,999.99 |
| $ 25,000 - $ 49,999.99 | $ 500,000 - $ 999,999.99 |
| $ 50,000 - $ 99,999.99 | $ 1,000,000+ |

h) **Savings Account Information**

i) **TD Signature Savings:** For personal and certain personal trust TD Signature Savings Accounts, earn a higher interest rate, known as a Relationship Rate. The Relationship Rate may be applied based on whether we have on record an eligible TD Bank account linked to your Signature Savings Account. Eligible Accounts that can be linked include personal TD Bank Mortgage, Home Equity, Credit Card or active personal or small business Checking Accounts that meet Eligibility Requirements as outlined below. During account opening, TD Bank may automatically select one Eligible Account to link to your TD Signature Savings account for you to earn the Relationship Rate. We may notify you which account we linked on your behalf at Account opening. On the last Business Day of a calendar month, if the Eligible Account is closed for any reason or the Eligible Account no longer meets the Eligibility Requirements, your TD Signature Savings account will revert to the then-current applicable Standard Rate from the first Business Day of the next calendar month, unless you instruct us to link your TD Signature Savings to a new Eligible Account.  Information regarding your linked Account may be made available to any other owner or signer on any of the Accounts you have linked. As noted above, TD Bank may link your TD Signature Savings account to an Eligible Account for which you serve as a trustee. This could result in either of your Accounts receiving a financial benefit, which may be a violation of your fiduciary duties. If you would like to change the linked Eligible Account for any reason, you must inform us.

Definition of personal and certain personal Trust TD Signature Savings Accounts:

| Account Type | Account Status | Ownership Requirements |
|---|---|---|
| TD Signature Savings | Not closed or Abandoned | Individual, Primary or Secondary Owner, OR Trust set up with a Social Security Number or Tax Identification Number, or be a Trustee of such a Trust Account |

**Eligible Accounts** that can be linked to receive the Relationship Rate for TD Signature Savings Accounts:

| Account Type | Account Status | Ownership Requirements |
|---|---|---|
| Mortgage* | In good standing (Active, and with a Mortgage Payment no more than 90 days past due) | Individual, Primary or Secondary Owner |
| Home Equity Line of Credit, Home Equity Loan | In good standing (Active) | Individual, Primary or Secondary Owner |
| Credit Card | Open | Individual or Primary Owner |
| Personal Checking | Not closed or Abandoned with at least three-Customer-initiated Deposit, Withdrawal, Payment or Transfer transactions posted each calendar month or with a direct deposit each calendar month to qualify for the rate bump during the following calendar month. | Individual, Primary or Secondary Owner, OR Trust set up with a Social Security Number or Tax Identification Number, or be a Trustee of such a Trust Account |
| Small Business Checking | Not closed or Abandoned with at least three-Customer-initiated Deposit, Withdrawal, Payment or Transfer transactions posted each calendar month or with a direct deposit each calendar month to qualify for the rate bump during the following calendar month. | Primary, secondary, or DBA owner; or authorized signer or controller |

*Mortgages that we no longer service are not eligible

| Type of TD Signature Savings Account | Table on Rate Sheet |
|---|---|
| Qualifying TD Signature Savings Accounts with an eligible TD Bank Account linked to it | TD Signature Savings with Rate Bump |
| All other TD Signature Savings Accounts | TD Signature Savings with Standard Rate |

    ii) **TD Simple Savings:** The monthly maintenance fee for TD Simple Savings Accounts will be waived in each service charge cycle (a monthly period based on your statement date) that the Account meets all of the criteria specified below. This waiver is only available for 12 months from the date you open your Account, or 12 months from the date when you switch your Account to TD Simple Savings.

    1) Your TD Simple Savings Account must qualify, as defined below:

| Account Type | Account Status | Ownership Requirements |
|---|---|---|
| TD Simple Savings | Not closed or Abandoned | Individual, Primary or Secondary Owner, OR Trust set up with a Social Security Number or Tax Identification Number, or be a Trustee of such a Trust Account |

    2) We must have on record an eligible, personal TD Bank Checking Account linked to your TD Simple Savings Account. Eligible Accounts you may link include:

| Account Type | Account Status | Ownership Requirements |
|---|---|---|
| Personal Checking | Not closed or Abandoned | Individual, Primary or Secondary Owner, OR Trust set up with a Social Security Number or Tax Identification Number, or be a Trustee of such a Trust Account |

    3) There must have been at least one qualifying transfer into your TD Simple Savings Account.

      • A qualifying transfer is a recurring transfer of at least $25 from a TD Bank Account. Eligible transfers include recurring transfers set up by phone or at a TD Bank Store, or through Online Banking. Transfers set up using ATMs, voice response units, overdraft protection transfers, and sweeps are not eligible.

      • In addition, an immediate transfer completed through Online Banking will also qualify.

- To be eligible, your qualifying transfer must post during the period starting the last Business Day of your previous service charge cycle and ending the second-to-last Business Day of your current service charge cycle (See example in chart below). Please be aware of the available balance in your Accounts – transferring funds from an Account with an insufficient balance may result in an Overdraft and a fee may be charged. Please refer to the Overdraft section for details.

**Example**

| | |
|---|---|
| Previous Service Charge Cycle | Monday, June 1st through Tuesday, June 30th |
| Current Service Charge Cycle | Wednesday, July 1st through Friday, July 31st |
| Dates you can make a qualifying transfer | Monday, June 29th through Thursday, July 30th |

We will determine whether your Account qualifies for this monthly maintenance fee waiver on the second-to-last Business Day of your current service charge cycle.

i) **Certificates of Deposit Information:**

i. **TD Choice and Private CDs:** The chart which follows indicates the balance tier levels used to determine the interest rate and APY being applied to your Certificate of Deposit. The balance tier level for your Certificate of Deposit is determined by the opening balance of your CD and will not vary throughout the term of your deposit. After maturity the balance tier level for your Certificate of Deposit for subsequent renewed terms will be determined by the balance at renewal.

**Balance Tier Structure:**
$0.01 – $9,999.99        $50,000 – $99,999.99
$10,000 – $49,999.99     $100,000+

For the interest rate on your Account, please refer to the applicable Deposit Rate Sheet provided at account opening. For subsequent terms, please refer to the Deposit Rate Sheet provided at customer-initiated renewal.

ii. **Early Withdrawal Penalties:** No part of the principal may be withdrawn prior to maturity without the Bank's consent. No withdrawals will be permitted during the first seven (7) days of the CD term. If the Bank does allow an early withdrawal, the following penalties will be calculated and charged based on your current balance and interest rate:

| CD Term | Penalty |
|---|---|
| 7 – 89 days | All interest |
| 90 days < 1 year | 3 months' interest |
| 1 year < 2 years | 6 months' interest |
| 2 years < 3 years | 9 months' interest |
| 3 years < 4 years | 12 months' interest |
| 4 years < 5 years | 18 months' interest |
| 5 years + | 24 months' interest |

In certain circumstances, such as the death or incompetence of an owner of the CD, the penalty may be waived.

**TD Step Rate CD:** Partial and full withdrawals may be made without penalty during a ten (10) day grace period that begins on each anniversary of the Account opening date.

**TD No-Catch CD:** At no cost to you, you will have the option to withdraw principal funds without penalty once during the term of the CD. More than one withdrawal of principal during the term of this CD will result in a penalty. No withdrawals will be permitted during the first seven (7) days of the CD term.

iii. **Withdrawal of Interest Prior To Maturity:** The APY disclosed assumes interest and principal will remain on deposit until maturity. A withdrawal will reduce earnings. For CDs of less than one (1) year, the APY assumes the CD remains on deposit for one (1) year at the current rate.

iv. **Renewal Policies:** Unless otherwise noted, CDs will automatically renew to the same length term at maturity.

At maturity you will have a ten (10) Calendar Day Grace Period, beginning on the maturity date, to make any changes to your Account, including withdraw funds without penalty, make additional deposits, change your CD term length, or renew your CD. Interest not withdrawn during the Grace Period will be converted to principal upon the renewal of the CD.

**TD Choice CDs:** TD Choice Promotional and Non- Promotional CDs will both automatically renewing at maturity to the same length term at the **Non-Promotional** Interest rate and APY in effect at the time of renewal. TD Choice Promotional CD Interest rates apply only until the **Promotional** CD's maturity date.  You must take action during your Grace Period by contacting TD Bank to renew your TD Choice Promotional or Non- Promotional CD into a new TD Choice Promotional CD term. Failure to do so will result in your CD earning the **Non-Promotional** rate for the subsequent term.

Please contact us or visit our website at https://www.td.com/us/en/personal-banking/certificates-of-deposit to view **Promotional** and **Non-Promotional** interest rates and APYs.

**TD Step Rate CDs:** At maturity, TD Step Rate CDs will automatically renew to a 12-Month TD Choice CD at the **Non-Promotional** interest rate in effect at the time of renewal.

**TD No-Catch CDs:** At maturity, TD No-Catch CDs will automatically renew to another No-Catch CD at the same length term.

v. **Interest Computation:** Interest is accrued on all deposits as of the day the Account is opened on a 365/365-day basis (366/366-day basis during a leap year), and is compounded monthly on the cycle date. The APY for the Account assumes that interest will remain on deposit until maturity; a withdrawal will reduce earnings. The daily balance method is used to calculate the interest on the Account. This method applies a daily periodic rate to the principal in the Account each day. Interest is credited monthly for all CDs.

vi. **Additional Deposits:** We do not accept additional deposits on TD Choice, Private, TD No-Catch or TD Step Rate CDs. Additional deposits on discontinued CD Account types, if permitted, are governed by your original certificate. For TD IRA Add-Vantage CDs, you may make additional deposits of not less than $500 per deposit at any time during the term up to a maximum of $250,000 in additional deposits.

vii. **CD Rates for Grand Opening Offers:** We may offer CD rates at new store Grand Openings that have different Account opening requirements in addition to the terms above. If additional Account opening requirements apply, these will be disclosed in the offer addendum. Grand Opening offers are valid for new CD Accounts only at participating stores during a Grand Opening, and does not include IRA CDs.

## Part III: Funds Availability Policy

Your ability to withdraw funds you have deposited at the Bank will be determined according to this policy. This disclosure applies to all transaction Accounts such as Checking and Interest-Bearing Checking Accounts, and to Money Market, Savings, and Time/Certificate of Deposit Accounts.

**The Bank's general policy is to make funds from your deposits available to you no later than the first (1st) Business Day after the day we receive your deposit.** Electronic direct deposits, TCH RTP transfers, and wire transfers will be available on the day we receive the deposit. Once funds are available in your Account, you can withdraw the funds in cash and we will use the funds to pay for items presented against your Account.

### Determining the Availability of a Deposit

a) **Timing:** To determine the availability of your deposits, every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit on a non-Business Day, we will consider the deposit to be made on the next Business Day.

b) **Deposits in TD Bank Stores:** If you make a deposit with a Store employee before 8:00 p.m. ET on a Business Day, we will consider that day to be the day of your deposit. However, if you make a deposit after 8:00 p.m. ET or on a Saturday, Sunday, or federal holiday, we will consider that the deposit was made on the next Business Day.

c) **Deposit by Mail:** If you mail funds to us, the funds are considered deposited on the Business Day we receive them.

d) **Deposits by ATM:** If you make a deposit at a Bank ATM before 8:00 p.m. ET on a Business Day, we will consider that day to be the day of your deposit. If you make a deposit at a Bank ATM after 8:00 p.m. ET or on a Saturday, Sunday, or federal holiday, we will consider the deposit made on the next Business Day.

e) **Deposits by Mobile App:** If you make a deposit through TD Bank Mobile Deposit before 8:00 p.m. ET on a Business Day, we will consider that day to be the day of your deposit. However, if you make a deposit through TD Bank Mobile Deposit after 8:00 p.m. ET or on a Saturday, Sunday, or federal holiday, we will consider the deposit made on the next Business Day.

f) **Deposits by Night Depository or Store Lockbox:** Funds deposited in a night depository or Store lockbox are considered deposited on the next Business Day the Bank or Store lockbox is open.

g) **TD Cross Border Banking Me to Me Wire Transfers:** Me to Me Wire Transfers made after 8:00 p.m. ET may temporarily increase your balance. However, transfers made after 8:00 p.m. ET will be considered deposited on the next Business Day.

h) **Online Banking Transfers:** Online Banking Transfers to or from Accounts at TD Bank made after 11:00 p.m. ET may temporarily increase your balance. However, transfers made after 11:00 p.m. ET will be considered deposited on the next Business Day.

i) **Zelle® deposits** made after 10:30 p.m. ET may increase your available balance. However, deposits made after 10:30 p.m. ET will reflect in your account as deposited on the next business day.

**Please note that the Funds Availability may vary depending on the type and method of deposit as explained on the following two pages:**

### Standard Funds Availability

Funds from the following deposits are available on the same day they are deposited and are subject to the cutoff times outlined above:

a) Cash deposits;

b) Funds received for deposit by an electronic payment (including ACH credits and transfers, including TCH RTP);

c) Wire transfers;

d) $100 for daily check deposits made at the Bank's teller station;

e) $100 for daily check deposits made at the Bank's ATM.

Funds in excess of $100 from check deposits are generally available the Business Day following the date of deposit. Longer delays may apply as outlined below.

### Special Rules For New Accounts

If you are a new Customer, the following special rules may apply during the first thirty (30) days your Account is open.

a) Funds from in-Store cash deposits, electronic direct deposits, TCH RTP transfers and wire transfers to your Account will be available on the day we receive the deposit. Please note for new Accounts, it may take up to three (3) Business Days for us to be able to receive and credit a TCH RTP transfer to your Account. This may result in us rejecting TCH RTP transfers for new Accounts.

b) Funds from the first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks will be available on the first (1st) Business Day after the day of your deposit. The excess over $6,725 may be held for up to seven (7) Business Days from date of deposit.

c) For all other check types not specified in section (b), the first $100 of your daily in-Store and Bank ATM check deposits will be available to you on the day we receive the deposit.

d) An additional $175 of your daily in-Store and Bank ATM check deposits will be available the Business Day following the date of deposit and the remaining funds will be available on the third (3rd) Business Day from the date of deposit.

Longer delays may apply as outlined below.

### Longer Delays May Apply

In some cases, we will not make all the funds that you deposit by check available at the times shown in this Policy. Depending on the type of check you deposit, funds may not be available until the second (2nd) Business Day after the day of your deposit. The first $275 of your deposit, however, will be available no later than the first (1st) Business Day after the day of your deposit.

In addition, funds deposited by check may be delayed for a longer period under the following circumstances:

a) You deposit checks totaling more than $6,725 within the same business day.

b) We believe a check you deposited will not be paid;

c) You re-deposit a check that has been returned unpaid;

d)  You have overdrawn your Account repeatedly, or would have overdrawn your Account if checks had been honored in the last six (6) months;

e)  There is an emergency, such as failure of communications or computer equipment. (Note: The first $275 will be made available no later than the first (1st) Business Day after the day of your deposit).

We will notify you if we delay your ability to withdraw funds for any of these reasons. If we are not going to make all of the funds from your deposit available on the first (1st) Business Day, we may notify you at the time of your deposit. We will mail you a notice by the day after we receive your deposit, and we will tell you when the funds will be available. They will generally be available no later than the seventh (7th) Business Day from the date of your deposit. If you will need the funds from a deposit right away, you should ask us when the funds will be available.

**TD FastFunds**
TD FastFunds is a service which will enable expedited funds availability in exchange for a fee. Please see the Personal Fee Schedule for applicable fees. Deposits eligible for and subject to Fast Funds may be available at the time of deposit and credited to your Account first before any other items, such as deposits and withdrawals made the same day.

**Holds on Other Funds**
If we accept for deposit or we cash a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately, but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another Account with us. The funds in the other Account would then not be available for withdrawal in accordance with the time periods that are described in this policy.

**Non-U.S. Financial Institutions**
We reserve the right to send any checks drawn on a foreign financial institution (including Canadian financial institutions) for collection. For each item sent, we will assess a collection charge plus any collection fees charged to us by other financial institutions which process the item as listed in our most recent Personal Fee Schedule. While the funds represented by checks that are sent for collection are generally available within thirty (30) Calendar Days or subject to payment by the Drawee bank, items sent for collection will be credited to your Account in U.S. dollars, with the amount of U.S. dollars credited calculated using our applicable exchange rate that is in effect on the date when we credit the funds to your Account and not when the deposit is made. If we do not enter any item (Canadian only) for collection, the funds will be available no later than the third (3rd) Business Day after the day of deposit.

**Returned Items Subsequent to Availability of Funds**
If a check or other item you deposited to your Account is returned to us unpaid after the funds have been made available to you, the amount of the check or other item will be deducted from your Account. If there are insufficient funds in your Account, we reserve the right to demand payment directly from you and to charge you for the overdraft, if applicable, as posted in our most recent Personal Fee Schedule.

**Endorsements**
Endorsements on items deposited to your Account are restricted, under federal law, to the first 1.5 inches of the back of the check. The remaining portion of the check is reserved for endorsements by banks. Your endorsement should contain your signature, the words "For Deposit Only," and your Account number. Improper endorsements may delay the check collection process and the subsequent crediting and availability of funds. While we may accept non-conforming endorsements, you agree you will be responsible for any losses.

## Part IV: Electronic Funds Transfers Disclosure
The Electronic Funds Transfers ("EFT") are capable of handling are indicated below. Some of these may not apply to your Account. Please read this disclosure carefully because it tells you your rights and obligations for these transactions. You should keep this notice for future reference.

Use of your ATM or Visa® Debit Card may be restricted in certain countries due to security risks.

For security purposes, your card may be canceled at any time without notice to you.

**Direct Deposits**
You may make arrangements for certain direct deposits to be accepted into your Checking, Statement Savings or Statement Money Market Deposit Accounts.

**Pre-authorized Withdrawals**
You may make arrangements to pay certain recurring bills from your Checking, Statement Savings or Statement Money Market Deposit Accounts.

**Telephone Transfers**
You may make arrangements to have telephone transfers between eligible Checking, Statement Savings or Statement Money Market Deposit Accounts through our telephone banking system.

**Electronic Check Conversions**
Some Point-of-Purchase terminals may provide you the option of initiating a one-time automatic debit from your Account by authorizing the merchant to obtain the necessary information from a check drawn on your Deposit Account. A check used in this way is treated as an EFT and is not a negotiable instrument in its own right. The check cannot be subsequently used and should be voided.

You may authorize a merchant or other payee to make a one-time electronic payment from your Checking Account using information from your check to:

• Pay for purchases
• Pay bills

**Bill Pay**
You may use this service to pay your bills with a mobile device or online with a Checking Account or Money Market Account with check access.

Payments may be made in any amount from $1 to $75,000.

**External Transfer (Account to Account Transfers) Service and Send Money with Zelle®**
You may use the external transfer service to transfer funds to/from your Accounts and other Accounts you own at other financial institutions. You may also use this service to transfer money to or request money from other people.

External Transfers can be made from an "Eligible Transaction Account;" an Account from which payments and service fees, if any, will be automatically debited, and to which payments and credits will be deposited. Personal Checking, Money Market or Savings Accounts are typically eligible.

Send Money with Zelle®[1] Payments require an "Eligible Transaction Account at TD Bank," from which payments and service fees, if any, will be automatically debited, and to which payments and credits will be deposited. Personal Checking and Money Market Accounts are typically eligible for this service.

The standard limits are:

| Delivery Option | Direction | Daily | Monthly |
|---|---|---|---|
| External Transfers (to/from other institutions) | | | |
| 3 Business Days | Outbound | $3,000 | $5,000 |
| | Inbound | $10,000 | $20,000 |
| Next Business Day | Outbound | $2,500 | $4,000 |
| | Inbound | $7,500 | $15,000 |
| Send Money with Zelle® (to/from other people) | | | |
| Consumer | | | |
| 3 Business Days | Outbound | $2,500 | $10,000 |
| Within Minutes | Outbound | $1,000 | $5,000 |

| Delivery Option | Direction | Daily | Monthly |
|---|---|---|---|
| TD Private Client Group | | | |
| 3 Business Days | Outbound | $5,000 | $30,000 |
| Within Minutes | Outbound | $5,000 | $30,000 |

Please note: There are limits on the amount of money you can send or receive through our Service. Your individual limits may be adjusted from time-to-time in our sole discretion. All transfer limits are subject to temporary adjustments to protect the security of Eligible Transaction Accounts and/or the Payment Network. In addition to the standard daily limits, additional limits on the frequency of transactions may apply. For External Transfers, there is a $20,000 monthly maximum limit for inbound and outbound transfers combined. Some inbound transfers can be delivered within minutes, depending on the external financial institution or brokerage. There are no daily or monthly limits for inbound transfers delivered within minutes, but external financial institution or brokerage outbound limits will apply. For Consumer Send Money with Zelle® payments, there is a $10,000 monthly maximum limit. For TD Private Client Group, there is a $30,000 monthly maximum limit. In order to be eligible for these limits, you must be actively enrolled with TD Private Client Group (to qualify, a Customer should have at least $750,000 in liquid assets or $3,000,000 in total net worth, exclusive of primary residence).

**Personal Identification Number (PIN)**

The PIN issued to you is for your security purposes. The numbers are confidential and should not be disclosed to third parties or recorded on the Card. You are responsible for safekeeping your PIN(s). You agree not to disclose or otherwise make your PIN available to anyone.

**ATM Transaction Types**

You may access your Account(s) by ATM using your ATM Card or Visa® Debit Card and Personal Identification Number (PIN) to:

a) Make deposits to Checking, Statement Savings, and Statement Money Market Accounts at TD Bank ATMs;

b) Get cash withdrawals and/or transfer funds from and between Checking, Statement Savings, and Statement Money Market Accounts linked to your Card;

c) Make envelope-free deposits at many TD Bank ATMs;

d) Get information about the Account balance(s) in the Checking, Statement Savings, and/or Statement Money Market Account(s) linked to your Card.

**Note:** Some of these services may not be available at all terminals.

**Visa® Debit Card Transaction Types**

For Checking Accounts, in addition to the ATM transaction types listed above, with your Visa® Debit Card, you may:

a) Pay for goods and services wherever Visa® Debit Cards are accepted;

b) Get cash from a merchant, if the merchant permits, or from a participating financial institution;

c) Make deposits with a merchant, if the merchant permits.

**Note:** If a merchant receives authorization for a purchase, TD Bank cannot return that transaction unpaid even if your Account is not in good standing.

**Standard Daily Limits (per Card)**

| | Visa® Debit Card | Visa® Private Client Debit Card | ATM Card |
|---|---|---|---|
| **ATM Cash Withdrawals** | $1,250 | $1,500 | $1,250 |
| **POS (PIN) Transactions** | $2,000 | $2,000 | N/A |
| **Visa® Signature Transactions** | $5,000 | $20,000 | N/A |
| **AFT Visa® Transactions*** | $5,000 | $5,000 | N/A |
| **Visa® Cash Advances** | $5,000 | $5,000 | N/A |

*Account Funding Transactions (AFTs) are transactions where you use your Debit Card or Debit Card number to fund a digital wallet, brokerage, or other type of account.

**Customer Safety Information – NY**

Each time you use an Automated Teller Machine (ATM) keep the following safety tips in mind:

a) The activity of the ATM facility is being recorded by a surveillance camera or cameras;

b) Close the entry door completely upon entering and exiting;

c) Do not permit any unknown persons to enter after regular banking hours;

d) Place withdrawal cash securely upon your person before exiting the ATM facility.

Complaints concerning security in the ATM facility should be directed to your bank's security department at **1-888-751-9000** or NYS at 1-877-BANK-NYS, and the nearest available public telephone should be used to call the police if emergency assistance is needed.

**Customer Safety Information – NJ**

Please keep the following safety tips in mind while using an automated teller machine:

a) Be alert to your surroundings and to defer transactions if circumstances cause you to be apprehensive for your safety;

b) Close the entry door of any automated teller machine (ATM) facility equipped with a door;

c) Place withdrawn cash securely on your person before exiting any ATM facility.

You should direct any complaints concerning automated teller machine security to the Corporate Security and Investigations Department of TD Bank at **1-888-751-9000** or to the New Jersey Department of Banking at 1-609-292-7272.

**Termination**
You may terminate the Electronic Funds Transfers Agreement by calling us and subsequently providing written notice. The Bank may terminate the Electronic Funds Transfers Agreement by notifying you in writing.

**Charges For Electronic Funds Transfers**
We will impose a fee, as disclosed on the Personal Fee Schedule, for Account transactions you conduct at an ATM that we do not own or operate. Such transactions are referred to as "non-TD" ATM transactions. Fees imposed by TD Bank for non-TD ATM transactions will be reflected in your monthly statement and are charged per transaction. Each transfer and each withdrawal is a separate transaction. For example, if you make two withdrawals and make one transfer at a non-TD ATM, this would be considered three separate transactions and you would be assessed three transaction fees. We will not impose a fee for balance inquiries made at a non-TD ATM. These fees are in addition to any fees ("surcharge") that the owner and/or operator of the non-TD ATM may charge you.

**Please note:** For non-TD ATM transactions, the owner and/or operator of the ATM (or the network) may assess a surcharge at the time of your transaction, including for balance inquiries. In certain instances, we will reimburse this surcharge. Non-TD ATM fee reimbursements are treated as income, so TD Bank may issue you an IRS Form 1099-MISC or other appropriate forms reporting the value of the reimbursement.

**International ATM Surcharge Fee for Accounts that Qualify for Surcharge Refunds:** When we process an international ATM transaction and the fee is presented separately, we will refund the ATM surcharge fee assessed. If we do not receive the fee separately, we will refund the surcharge fee assessed if you bring us your ATM receipt within ninety (90) Calendar Days of the transaction. Reimbursement is subject to the balance requirements as disclosed on the Personal Fee Schedule.

**International ATM Card or Visa® Debit Card Transactions:** The exchange rate between the transaction currency and the billing currency used for processing international ATM Card or Visa® Debit Card transactions is a rate selected by Visa® from the range of rates available in wholesale currency markets for the applicable transaction, which may vary from the rate Visa® itself receives, or the government-mandated rate in effect for the applicable transaction.

Whenever you use your TD Bank Debit Card or TD ATM Card outside of the United States to get cash at any non-TD ATM, or to purchase goods or services, or for cash advances, we will charge an International transaction fee equal to 3% of the transaction amount. This fee will apply whether the TD Bank Debit Card holder or TD ATM Card holder is physically located inside or outside the United States and the merchant is located outside the United States or makes a purchase in a foreign currency or in US currency.

Certain types of Accounts may receive a waiver of one of the fees outlined above. Please refer to the Personal Fee Schedule for more details on waivers for certain types of Accounts.

## Right To Documentation

**Terminal Transactions**
You can get a receipt at the time you conduct a transaction using ATM or point-of-sale terminals, unless your transaction totals $15.00 or less.

**Direct Deposits**
If you have arranged to have direct deposits made to your Account at least once every sixty (60) Calendar Days from the same person or company, you can call us at **1-888-751-9000** to find out whether the deposit has been made.

**Periodic Statements**
You will get a monthly Account statement from us for your Checking, Statement Savings, and/or Statement Money Market Accounts unless there are no checks written or no electronic transfers in a particular month. You will receive a statement at least quarterly for all Accounts except Club, IRA, Passbook, or CD Accounts, and Checking Accounts that have been inactive for more than 6 months or Savings Accounts that have been inactive for more than 9 months.

**Passbook Accounts Where the Only Possible Electronic Funds Transfers Are Direct Deposits**
If you bring your Passbook to us, we will record any electronic deposits that were made since the last time you brought in your Passbook. Passbook Accounts are not available in all states.

**Notice of Varying Amounts**
If these regular payments may vary in amount, the person (or organization) you are going to pay will tell you, at least ten (10) Calendar Days before each payment, when it will be made and how much it will be. You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

**Pre-authorized (Recurring) Transfers and Stop Payments**
If you have authorized a merchant to bill charges to your Visa® Debit Card on a recurring basis, it is your responsibility to notify the merchant in the event your Visa® Debit Card is replaced, your Visa® Debit Card number or expiration date changes, or the applicable Account from which payments are debited has been closed. However, if we issue you a replacement Visa® Debit Card, we may provide your new Visa® Debit Card number and expiration date to a merchant with whom you have set up a recurring pre-authorized payment, and you authorize us to apply such recurring charges to your Visa® Debit Card until you notify the merchant or us that you have revoked authorization for charges to your Visa® Debit Card.

If you have Recurring Pre-authorized Visa® Debit Card Payments made from your Account(s) on a regular basis, you can request a stop payment by visiting one of our TD Bank Stores or calling us at **1-888-751-9000**.

Pre-authorized ACH transfers from your Account(s) can be discontinued, for a fee (see Personal Fee Schedule), by visiting one of our TD Bank Stores, calling us at **1-888-751-9000**, or using secure online banking at **td.com**. If your Stop Payment request has been made orally, the Bank will send you a written confirmation. If your Stop Payment request is made in writing, you must use a form that is supplied by the Bank; this form will

constitute written confirmation of your request. In either case, it is your responsibility to ensure that all of the information supplied on your written confirmation is correct and to promptly inform the Bank of any inaccuracies.

To be effective, a Stop Payment request must be received at least three (3) Business Days prior to the regularly scheduled payment date. Your Stop Payment request will be effective after the request has been received by the Bank and the Bank has had a reasonable opportunity to act on it.

If you order us to stop one of these payments three (3) Business Days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**Additional Information Required By Massachusetts Law**

a) Any documentation provided to you which indicates an electronic fund transfer was made shall be admissible as evidence of the transfer and shall constitute prima facie proof that the transfer was made.

b) Unless otherwise provided in the Agreement, you may not stop payment of electronic fund transfers, therefore you should not employ electronic access for purchases or services unless you are satisfied that you will not need to stop payment.

**EFT: Our Liability**

If we do not complete a transfer to or from your Account on time or in the correct amount according to our Agreement with you, we will be liable for losses or damages. However, there are some exceptions. We will NOT be liable for instance:

a) If, through no fault of ours, you do not have enough money in your Account to make the transfer.

b) If the transfer would go over the credit limit on your overdraft line.

c) If the ATM where you are conducting the transfer does not have enough cash.

d) If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.

e) If circumstances beyond our control prevent the transfer, despite reasonable precautions we have taken. Such circumstances include telecommunications and power outages or interruptions, postal strikes, delays caused by payees, fires and floods.

f) If the funds are subject to legal process or other encumbrances restricting such transfer.

g) If the transfer would result in your daily withdrawal limit being exceeded.

h) If the Bank has reason to believe that you or someone else is using the ATM or other electronic banking service for fraudulent or illegal purposes.

i) If you do not give proper, complete or correct instructions for the transfer, or you do not follow the procedures in this Agreement or any other Agreement with us for requesting the transfer.

j) If your ATM or Visa® Debit Card and/or your PIN has been reported lost or stolen, or we have canceled your PIN, your Card, or otherwise terminated this Agreement.

There may be other exceptions stated in our Agreement with you.

**Disclosures of Account Information to Third Parties**

To protect your privacy, we will not disclose any information about you or your Account to any person, organization, or agency except:

a) For certain routine disclosures necessary for the completion of a transfer or to resolve errors; or

b) For verification of the existence and condition of your Account for a credit bureau or merchant; or

c) To persons authorized by law in the course of their official duties; or

d) To our employees, auditors, service providers, attorneys or collection agents in the course of their duties; or

e) Pursuant to a court order or lawful subpoena; or

f) To a consumer reporting agency; or

g) To update your Account or Card information with the card network; or

h) To certain third parties with whom we have joint marketing agreements; or

i) To our affiliates as permitted by law; or

j) By your written Authorization which, for Massachusetts Customers only, shall automatically expire forty-five (45) days after our receipt of your authorization.

For Massachusetts Customers only: If an unauthorized disclosure has been made, we must inform you within three (3) days after we have discovered that an unauthorized disclosure has occurred.

**Unauthorized Transfers**

Tell us AT ONCE if you believe your Card, your PIN, or both has been lost, stolen or used without your permission, or if you believe that an Electronic Funds Transfer has been made without your permission using information from your check. You could lose all the money in your Deposit Account, plus your available overdraft protection. Telephoning is the best way of keeping your possible losses down. If you notify us within two (2) Business Days after you learn of the loss or theft of your Card or PIN, you can lose no more than $50 if someone uses your Card or PIN without your permission. If you do not notify us within two (2) Business Days after you learn of the loss or theft of your Card or PIN, and we can prove we could have prevented someone from using your Card and/or PIN without your permission if you had told us, you could lose as much as $500 ($50 if you are a resident of Massachusetts and this Agreement is governed by Massachusetts law). You will not be liable for unauthorized purchases made with your Debit Card when used as if it were a Visa® Credit Card. However, you can be held liable for fraudulent use of your Card and/or PIN when PIN-based transactions are made with your ATM or Debit Card.

Also, if your statement shows transfers that you did not make, notify us at once. If you do not notify us within sixty (60) Calendar Days after the statement was mailed or electronically delivered to you, you may not get back any money you lost after the sixty (60) Calendar Days if we can prove that we could have stopped someone from taking the money if you had told us in time. (If you are a resident of Massachusetts and this Agreement is governed by Massachusetts law, the maximum amount of money you could lose is $50.) If a good reason (such as a long trip or hospital stay) kept you from notifying us, we will extend the time periods.

If you believe your Card and/or your PIN has been lost or stolen, someone has transferred or may transfer money from your Account without permission, or a transfer has been made using the information from your check without your permission, call us at **1-888-751-9000**, or write:

Customer Service Department
Mail Stop NJ5-002-215
6000 Atrium Way
Mt. Laurel, NJ 08054

Business Days: Monday through Friday, excluding federal holidays.

**Errors or Questions About Electronic Funds Transfers**
If you need information about an Electronic Funds Transfer or if you believe there is an error on your bank statement or receipt relating to an Electronic Funds Transfer, telephone the Bank immediately at **1-888-751-9000** or write to:

Deposit Operations Department
P.O. Box 1377
Lewiston, ME 04243-1377

We must hear from you no later than sixty (60) Calendar Days after we sent you the FIRST statement on which the problem or error appeared. When contacting the Bank, please provide us with the following information:

a)   Tell us your name and Account number.

b)   A description of the error or transaction you are unsure about. Please explain as clearly as you can why you believe there is an error or why more information is needed.

c)   The dollar amount of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) Business Days after the verbal inquiry. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not provisionally credit your Account.

We will complete our investigation within ten (10) Business Days after we hear from you (or within twenty (20) Business Days after we hear from you if your notice relates to a transfer that occurred within thirty (30) Calendar Days after your first deposit to the Account). If we need more time, however, we may take up to forty-five (45) Calendar Days to investigate your complaint or question. We may take up to ninety (90) Calendar Days to investigate your complaint or question if it relates to a transaction you initiated through point-of-sale, from outside the United States, or a transaction which occurred within thirty (30) Calendar Days after your first deposit to the Account. If we decide to do this, we will credit your Account for the amount you think is in error within ten (10) Business Days (or, twenty (20) Business Days if your complaint or question relates to a transfer which occurred within thirty (30) Calendar Days after your first deposit to the Account), so that you will have use of the money during the time it takes us to complete our investigation.

We will correct any error promptly after we complete our investigation. We will send you a written explanation within three (3) Business Days after completing our investigation. You may ask for copies of the documents that we used in our investigation and we must make these available to you for inspection.

## Part V: Substitute Checks and Your Rights

**What is a Substitute Check?**
To improve the way checks are processed, federal law permits banks to replace original checks with "substitute checks". These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your Account. However, you have rights under other law with respect to those transactions.

**What are my Rights Regarding Substitute Checks?**
In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your Account (for example, if you think that we withdrew the wrong amount from your Account or that we withdrew money from your Account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your Account and fees that were charged as a result of the withdrawal (for example, bounced check fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You are also entitled to interest on the amount of your refund if your Account is an interest-bearing Account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law. If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your Account earns interest) within ten (10) Business Days after we received your claim and the remainder of your refund (plus interest if your Account earns interest) not later than forty five (45) Calendar Days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your Account.

**How Do I Make a Claim for a Refund?**
If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your Account, please contact us at **1-888-751-9000**. You must contact us within forty (40) Calendar Days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the Account statement showing that the substitute check was posted to your Account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. Your claim must include:

a)   A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);

b)   An estimate of the amount of your loss;

c)   An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and

d)   A copy of the substitute check and/or the following information to help us identify the substitute check: check number, the name of the person to whom you wrote the check, the amount of the check and the date posted on your statement.

**General Information**

**1-888-751-9000**

**td.com**



**America's Most Convenient Bank®**

© Visa U.S.A. Inc.

Member FDIC, TD Bank, N.A. | Equal Housing Lender ⌂                                    62-7340-DG (0825)