UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>ENTRY OF APPEARANCE |

TO:    Clerk, United States District Court
       District of New Jersey
       Mitchell H. Cohen Building & U.S. Courthouse
       4th and Cooper Streets
       Room 1050
       Camden, New Jersey 08101

    Please enter my appearance on behalf of Defendant TD Bank, N.A. in this matter.

                                        Respectfully submitted,

                                        **BROWN & CONNERY, LLP**
                                        Attorneys for Defendant, TD Bank, N.A.

Dated: October 16, 2025        By:    ***s/Susan M. Leming***
                                        Susan M. Leming
                                        360 Haddon Avenue
                                        Westmont, NJ 08108
                                        (856) 858-8169
                                        (856) 858-4967 (fax)
                                        *sleming@brownconnery.com*

7UB3353

## CERTIFICATE OF SERVICE

I certify that the within Entry of Appearance was served by filing this document with the

CM/ECF system, which electronically served same on:

All counsel of record
(via CM/ECF)

Clerk, United States District Court for the District of New Jersey,
Camden Vicinage
Mitchell H. Cohen Building and
U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101
(via CM/ECF)

Dated:  October 16, 2025                    By:      *s/Susan M. Leming*
                                                          Susan M. Leming

7UB3353