UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TD BANK, N.A.**

Defendant TD Bank, N.A., makes this disclosure pursuant to Federal Rule of Civil Procedure Rule 7.1. TD Bank, N.A., a national banking association, is a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation. TD Bank US Holding Company is a wholly-owned subsidiary of TD Group US Holdings LLC, a Delaware Limited Liability Company, which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD". No publicly held company directly owns more than 10% or more of the stock of TD Bank, N.A.

Dated: October 20, 2025

Respectfully submitted,

/s/ Susan M. Leming
Susan M. Leming
**BROWN & CONNERY, LLP**
360 Haddon Avenue
Westmont, NJ 08108
856-854-8900
sleming@brownconnery.com
*Attorneys for Defendant TD Bank, N.A.*

7UE5651.DOCX