**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>TD BANK, N.A.<br><br>                  Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**NOTICE OF MOTION FOR**<br>**PRO HAC VICE ADMISSION**<br><br>**Motion Date: December 1, 2025** |

TO:    ALL COUNSEL OF RECORD

      **PLEASE TAKE NOTICE** that Defendant TD Bank, N.A. ("TD Bank") will move before this Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, NJ 08101, on December 1, 2025, for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting as counsel pro hac vice in this matter Lucus A. Ritchie of the law firm of Pierce Atwood LLP.

      **PLEASE TAKE FURTHER NOTICE** that TD Bank will rely upon the Certification of Lucus A. Ritchie, and the Certification of Susan M. Leming in support of the admission.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff consents to the *pro hac vice* admission of Lucus A. Ritchie.

      **PLEASE TAKE FURTHER NOTICE** that a Proposed Order granting *pro hac vice* admission to Lucus A. Ritchie is attached.

Dated: November 6, 2025

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/Susan M. Leming*
Susan M. Leming, Esquire
BROWN & CONNERY, LLP
360 Haddon Avenue
Westmont, NJ 08108
(856) 854-8900 (phone)
(856) 858-4967 (fax)

*Attorneys for Defendant TD Bank, N.A.*