## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>TD BANK, N.A.<br><br>　　　　　　Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**CERTIFICATION OF<br>SUSAN M. LEMING<br>IN SUPPORT OF APPLICATION FOR<br>ADMISSION PRO HAC VICE** |

　　　　I, Susan M. Leming, an attorney duly admitted to practice law in the Courts of the State of New Jersey and the United States District Court for the District of New Jersey, and of full age, certify pursuant to Local Civil Rule 101.1(c), as follows.

　　　　1. I am a partner with the law firm of Brown & Connery, LLP, attorneys for TD Bank, N.A. ("TD Bank"), in the within matter. I submit this Certification in support of the application of TD Bank seeking the admission of Lucus A. Ritchie as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

　　　　2. I am in good standing in all the bars of which I am a member. I have never been subjected to any discipline by any court or governing body.

　　　　3. If the Court grants the *pro hac vice* admission of Lucus A. Ritchie, either I or another attorney associated with Brown & Connery, LLP, will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorney admitted *pro hac vice*, will accept service of all papers filed with the Court, will appear at all

scheduled Court proceedings, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

      4. If the Court grants the *pro hac vice* admission of Lucus A. Ritchie, I shall ensure that *pro hac vice* counsel shall comply with Local Civil Rule 101.1(c).

For the foregoing reasons and the reasons set forth in the Certification of Lucus A. Ritchie, it is respectfully requested that the Court grant the application of TD Bank to admit Lucus A. Ritchie *pro hac vice* to appear and participate as TD Bank's counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 6, 2025　　　　　　　　　　*s/Susan M. Leming*
　　　　　　　　　　　　　　　　　　　　Susan M. Leming