**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**CERTIFICATION OF<br>LUCUS A. RITCHIE<br>IN SUPPORT OF APPLICATION FOR<br>ADMISSION PRO HAC VICE** |

I, Lucus A. Ritchie, of full age, hereby certify pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney-at-law and a partner with the law firm of Pierce Atwood LLP with offices located at Merrill's Wharf, 254 Commercial Street, Portland, ME 04101.

2. I am duly admitted to the bar of the State of Maine, Supreme Judicial Court as of 2005. The office and address of the official maintaining my admission is: Maine Board of Overseers of the Bar, 97 Winthrop Street, P.O Box 527, Augusta, Maine 04332. I am a member in good standing in this court.

3. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this certification in support of the application by the Defendant TD Bank, N.A., ("TD Bank"), to permit me to appear and participate, *pro hac vice*, as counsel for TD Bank at pretrial proceedings and at the trial of this action.

5. I am familiar with this matter. TD Bank has requested that my firm and I appear and participate in their representation in the pretrial proceedings and at the trial of this action.

6. I am associated in this matter with Susan M. Leming, a partner with Brown & Connery, LLP, who is the attorney of record for TD Bank and is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court. I was also previously admitted *pro hac* in this Court in the matters captioned *Hurel v. TD Bank, N.A., and The Toronto-Dominion Bank*, No. 1:14-cv-07621-JEI-AMD; *Hughes v. TD Bank, N.A.*, No. 1:11-cv-07257-JEI-KMW; *Burns v. TD Bank, N.A.*, No. 1:21-cv-18194-KMW-AMD; *Amazing Fishstore, LLC, et al. v. TD Bank, N.A.,* No. 1:22-cv-00958-KMW-AMD; and *Brian Gallant v. TD Bank, N.A.,* No. 1:22-cv-05476-KMW-EAP.

7. Upon being admitted to appear and participate in this matter *pro hac vice,* I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice,* I shall promptly make payment to the Clerk of the United States District Court in the amount of $250.00 pursuant to Local Civil Rule 101.1(c)(3).

9. I will abide by Local Civil Rule 101.1(c).

10. I understand that, upon admission *pro hac vice,* I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other courts.

11. For the foregoing reasons, it is respectfully requested that the Court grant TD Bank's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 4, 2025

Lucus A. Ritchie