UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(D)(4)** |

Pursuant to Local Civil Rule 7.1(d)(4), TD Bank submits this statement in lieu of a submission of a formal brief. It is respectfully submitted that no brief in support of this motion is necessary because admissions under Local Civil Rule 101.1(c) is a matter within the sound discretion of the Court.

Respectfully submitted,
**BROWN & CONNERY, LLP**

Dated: November 7, 2025

s/Susan M. Leming
Susan M. Leming, Esquire
BROWN & CONNERY, LLP
360 Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900 (phone)
(856) 858-4967 (fax)

*Attorneys for Defendant TD Bank, N.A.*