UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>TD BANK, N.A.<br><br>　　　　　　　Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**CONSENT ORDER FOR**<br>***PRO HAC VICE* ADMISSION** |

　　　　This matter having been opened to the Court by Brown & Connery, LLP, attorneys for Defendant TD Bank, N.A. ("TD Bank"), Susan M. Leming, appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Lucus A. Ritchie admission *pro hac vice* on behalf of TD Bank; Plaintiff consenting to the admission requested; and the court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

　　　　IT IS on this _____ day of _____, 2025, ORDERED that:

1. Lucus A. Ritchie of the law firm Pierce Atwood LLP, with offices located at Merrill's Wharf, 254 Commercial Street, Portland, ME 04101, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendant TD Bank, N.A. shall be signed by a partner or associate of the firm of Brown & Connery, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court

during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Lucus A. Ritchie pay $250.00 to the Clerk, United States District Court of New Jersey as required by Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that Lucus A. Ritchie shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 in this year and any subsequent year in which he is admitted *pro hac vice* in this matter; and it is

**FURTHER ORDERED** that Lucus A. Ritchie shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Lucus A. Ritchie shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____
Hon. Matthew J. Skahill, U.S.M.J.