# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Civil Action No.: 1:25-cv-16196-RMB-MJS<br><br>**CERTIFICATE OF SERVICE** |

I, Susan M. Leming, of full age, certify as follows:

1. I am a partner with the law firm of Brown & Connery, LLP, attorneys for Defendant TD Bank, N.A. ("TD Bank") in this matter. I make this certification pursuant to Fed. R. Civ. P. 5 and L. Civ. R. 5.1.

2. I caused one copy of Defendant TD Bank, N.A.'s Motion for *Pro Hac Vice* Admission of Lucus A. Ritchie of the law firm of Pierce Atwood LLP with supporting documents to be served this day upon the following:

**Clerk, United States District Court**
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Room 1050
Camden, NJ 08101
(**VIA ELECTRONIC FILING**)

**All Record Counsel**
(VIA ELECTRONIC FILING)

3. I certify that the foregoing statements are true. If any of these statements are willfully false, I am subject to punishment.

                                              Respectfully submitted,

                                              **BROWN & CONNERY, LLP**

Dated: November 7, 2025                         *s/Susan M. Leming*
                                                         Susan M. Leming, Esq.