# BURSOR & FISHER
P.A.

| | |
|---|---|
| 50 MAIN STREET<br>SUITE 475<br>WHITE PLAINS, NY 10606<br>www.bursor.com | PHILIP L. FRAIETTA<br>Tel: **914.874.0710**<br>Fax: **914.206.3656**<br>pfraietta@bursor.com |

January 26, 2026

*VIA CM/ECF*

**Re: Trisal v. TD Bank, N.A. (1:25-cv-16196-RMB-MJS)**

Honorable Renée Marie Bumb, Chief U.S. District Judge
U.S. District Court for the District of New Jersey
4th & Cooper Streets, Courtroom 3D
Camden, New Jersey 08101

Dear Chief Judge Bumb:

      This firm represents Plaintiff Sandeep Trisal in the above referenced case.

      We are seeking admission *pro hac vice* for Frank S. Hedin. Enclosed are the following:

(i) Declaration of Philip L. Fraietta in support of Mr. Hedin's admission;
(ii) Declaration of Frank S. Hedin in support of admission; and
(iii) A proposed *pro hac vice* consent order.

      Opposing counsel has advised that Defendant has no objection to entry of the *pro hac vice* consent order referenced above.

      If the order is acceptable, we respectfully request it be entered.

Very truly yours,

*/s/ Philip L. Fraietta*

Philip L. Fraietta

Cc:    All counsel of record (via CM/ECF)