UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD BANK, N.A.<br><br>Defendant. | Case No. 1:25-cv-16196-RMB-MJS<br><br>**DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF *PRO HAC VICE* APPLICATION OF FRANK S. HEDIN** |

I, Philip L. Fraietta, an attorney duly admitted to practice before the Bars of the States of New York, New Jersey, Michigan, California, Illinois and this Court, hereby declare under penalty of perjury as follows:

1. I am a partner at the law firm of Bursor & Fisher, P.A. I respectfully submit this declaration in support of the application for an order pursuant to New Jersey Local Civil Rule 101.1(c), admitting Frank S. Hedin to practice before the United States District Court for the District of New Jersey *pro hac vice* for purposes of the above-captioned case.

2. I am a member in good standing of the Bars of the States of New York, New Jersey, Michigan, California, and Illinois, and the United States District Court for the District of New Jersey. I, or another attorney at Bursor & Fisher, P.A. who is a member in good standing of the Bars of the State of New Jersey and the United States District Court for the District of New Jersey, will sign all pleadings, briefs, and any other papers filed with the Court in this action on behalf of Plaintiff and will be present for all appearances before the Court unless previously excused from appearing by the Court.

3. I respectfully request that this Court enter an order admitting Frank S. Hedin to

practice before the Bar of this Court *pro hac vice* in the above-captioned action.

    4.    Pursuant to Local Rule 7.1(d)(4), no brief is necessary in support of this application.

    5.    Counsel for Defendant has advised they do not oppose Frank S. Hedin's *pro hac vice* admission.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026              */s/ Philip L. Fraietta*

                                        Philip L. Fraietta
                                        **BURSOR & FISHER**
                                        50 Main St., Ste 475
                                        White Plains, NY 10606
                                        Tel: 914-874-0710
                                        Fax: 914-206-3656
                                        pfraietta@bursor.com

                                        *Counsel for Plaintiff*