UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TD BANK, N.A.<br><br>　　　　　　　Defendant. | Case No. 1:25-cv-16196-RMB-MJS<br><br>**DECLARATION OF FRANK S. HEDIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Frank S. Hedin, hereby declare under penalty of perjury as follows:

1.　I am a Partner with the law firm Hedin LLP, counsel for Plaintiff in this case. I respectfully submit this Declaration in support of my application for admission as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am an attorney at law in Florida and California.

2.　I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following: The Florida Bar and the State Bar of California; U.S. District Courts for the Southern District of Florida, Central, Southern, Northern, and Eastern Districts of California, Western District of Wisconsin, and Eastern and Western Districts of Michigan; and the U.S. Courts of Appeals for the Second, Seventh, Ninth, and Tenth Circuits. True and correct copies of Certificates of Good Standing for The Florida Bar and the State Bar of California are attached hereto as **Composite Exhibit A**.

3.　Pursuant to Local Rule 101.1(c), below is a chart listing each bar and court in which I am a member, including the year of admission and the name and address of an office that has the capacity to verify the roll of such members:

1

| Bar/Court | Year of Admission | Name & Address |
|---|---|---|
| The Florida Bar | 2014 | 651 Jefferson St., Tallahassee, FL 32399 |
| State Bar of California | 2013 | 845 S. Figueroa St., Los Angeles, CA 90017 |
| USDC, Southern District of Florida | 2014 | Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128 |
| USDC, Central District of California | 2014 | First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, CA 90012 |
| USDC, Southern District of California | 2018 | Edward J. Schwartz, U.S. Courthouse, 221 West Broadway San Diego, CA 92101 |
| USDC, Northern District of California | 2014 | Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102 |
| USDC, Eastern District of California | 2019 | Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, CA 95814 |
| USDC, Western District of Wisconsin | 2016 | U.S. District Court, 120 North Henry Street, Madison, Wisconsin 53703 |
| USDC, Eastern District of Michigan | 2019 | Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599 Detroit, MI 48226 |

| | | |
|---|---|---|
| USDC, Western District of Michigan | 2018 | 399 Federal Building, 110 Michigan St NW, Grand Rapids, MI 49503 |
| US Court of Appeals, Second Circuit | 2017 | Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 |
| US Court of Appeals, Seventh Circuit | 2018 | Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn St., Chicago, IL 60604 |
| US Court of Appeals, Ninth Circuit | 2021 | James R. Browning U.S. Courthouse, 95 7th Street, San Francisco, CA 94103 |
| US Court of Appeals, Tenth Circuit | 2024 | Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257 |

4. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. If this application to appear *pro hac vice* is granted I agree to:

   a. Contribute to the New Jersey Client Security Fund and Ethics Financial Committee such fees as required under L. Civ. R. 101.1 (c)(2), which directs that such contributions be made in accordance with New Jersey State Court Rules;

   b. Abide by the Rules Governing this Court, including all disciplinary rules;

   c. Consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as agent upon whom service of process may be made for all actions against me that may arise out of my participation in this matter;

   d. Notify the Court immediately of any matter affecting my standing at the Bar of any other court; and

3

e.  Have all pleadings, briefs, and other papers filed with the Court signed by Philip L. Fraietta of Bursor & Fisher, P.A., or another attorney licensed to practice law in the District of New Jersey and listed as an attorney of record for Plaintiff in this case.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
Email: fhedin@hedinllp.com

# COMPOSITE EXHIBIT A



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )    In Re:  0109698
Frank S. Hedin
Hedin Hall LLP
1395 Brickell Ave Ste 1140
Miami, FL 33131-3353

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 30, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  26th  day of **January, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-391360



# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 1/26/2026

**LICENSEE NAME:** Frank S. Hedin

**LICENSEE BAR NUMBER:** 291289

**LICENSEE STATUS:** Active

**ADMIT DATE:** 9/20/2013

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Frank S. Hedin's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*