UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>TD BANK, N.A.<br><br>                Defendant. | Case No. 1:25-cv-16196-RMB-MJS<br><br>**CONSENT ORDER ADMITTING FRANK S. HEDIN AS COUNSEL *PRO HAC VICE*** |

      THIS MATTER having been opened to the Court by Bursor & Fisher, P.A., counsel for Plaintiff in the above-captioned matter, for the entry of an order admitting Frank S. Hedin of the law firm Hedin LLP *pro hac vice*;

      AND the Court having considered the declarations in support of the application;

      AND Defendants not opposing the requested *pro hac vice* admission;

      AND for good cause shown;

      IT IS HEREBY ORDERED that Frank S. Hedin is admitted *pro hac vice* pursuant to Local Civil Rule 101.1, provided however, that pursuant to Local Civil Rule 101.1(c)(4), only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

      IT IS FURTHER ORDERED that the law firm of Hedin LLP shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) within ____ days from the date of entry of this Order.  This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court.

IT IS FURTHER ORDERED that the law firm of Hedin LLP shall make a payment of $150.00 on each admission payable to the Clerk, USDC within \_\_\_\_ days from the date of entry of this Order.

Date: _____  _____

Hon. Renne Marie Bumb
United States Chief Judge for the
District of New Jersey