UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**           DATE OF PROCEEDINGS

**COURT REPORTER: JOHN J. KURZ**           January 28, 2026

                                           Docket No. 25-cv-16196(RMB/MJS)

**TITLE OF CASE:**

**TRISAL VS. TD BANK, N.A.**

**APPEARANCES:**

Philip Lawrence Fraietta, Esquire and Frank Hedin, Esquire for plaintiff
Susan M. Leming, Esquire and Lucus A. Ritchie, Esquire for defendant

**NATURE OF PROCEEDINGS: PRE-MOTION CONFERENCE**

Pre-Motion Conference held via Teams Video Conference.
Ordered the parties to submit a joint letter to the Court within 30 days.

Time commenced: 1:00p.m.                   Time Adjourned: 1:35p.m.

                                           Total 35 Minutes

                                            s/ *Arthur Roney*
                                           DEPUTY CLERK