DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDEEP TRISAL | |
| Plaintiff(s), | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| v. | |
| TD BANK, N.A. | Civil Action No. 1:25-cv-16196 |
| Defendant(s) | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Frank S. Hedin

Firm: Hedin LLP

Address: 1395 Brickell Ave., Suite 610

Miami, FL 33131

_____

Email: fhedin@hedinllp.com

Phone: (305) 357-2107

Admitted on behalf of: Plaintiff Sandeep Trisal