# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

February 26, 2026

**Via ECF**
The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> **Re:    Sandeep Trisal v. TD Bank, N.A.**
> **Civil Action No.: 1:25-cv-16196-RMB-MJS**

Dear Chief Judge Bumb:

We, along with Pierce Atwood, represent Defendant TD Bank, N.A. ("TD") in the above matter.

On January 28, 2026, an Order was entered directing "the parties to submit a joint letter to the Court within 30 days." (Dkt. No. 14). The parties jointly respectfully request a thirty-day extension until March 27, 2026 to provide an update to the Court to allow the parties additional time to continue the exchange of information and discussions into the claims at issue.

We thank the court for its time and attention to this request.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/Susan M. Leming*
Susan M. Leming

cc: All Counsel of Record (via CM/ECF)

7VS4880