# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

Susan M. Leming, Esq.
sleming@brownconnery.com

May 11, 2026

**Via ECF**
The Honorable Renée Marie Bumb, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

>       Re:    **Sandeep Trisal v. TD Bank, N.A.**
>              **Civil Action No.: 1:25-cv-16196-RMB-MJS**

Dear Chief Judge Bumb:

We, along with Pierce Atwood, represent Defendant TD Bank, N.A. ("TD") in the above matter.

On March 27, 2026, an Order was entered directing the parties to submit a joint letter to the Court no later than May 11, 2026 addressing their discussions and exchanges of information for the purpose of determining the Court's jurisdiction over this case. (Dkt. No. 21). The parties have continued their efforts in engaging in good faith discussions as directed by the Court. At this time, the parties have agreed to pursue private mediation before a mutually agreeable neutral within the next 120 days, and to exchange further class-related information in advance of the mediation. Once a mediator and date for the mediation are confirmed, the parties will notify the Court. The parties respectfully request that this action be stayed for 120 days or until completion of the mediation, whichever is sooner.

We thank the court for its time and attention to this request.

Respectfully submitted,

**BROWN & CONNERY, LLP**

*s/Susan M. Leming*
Susan M. Leming

cc: All Counsel of Record (via CM/ECF)

7WL3975