## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| SANDEEP TRISAL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>TD BANK, N.A.,<br><br>      Defendant. | Civil No. 25-16196-RMB-MJS<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the parties joint status report filed on May 11, 2026.  [Docket No. 22.]  Since January 28, 2026, the parties have engaged in good faith discussions to resolve this matter and now request 120 days to pursue private mediation to achieve that outcome.  *See* [Docket Nos. 18, 20, 22.]  To conserve judicial resources, the Court finds it appropriate to administratively terminate this action to allow the parties an opportunity to resolve the matter without further expenditure of judicial resources. Accordingly,

**IT IS**, on this **15th** day of **May 2026**, hereby:

1. **ORDERED** that this action is **ADMINISTRATIVELY TERMINATED** for the parties to pursue private mediation; and it is further

2. **ORDERED** that this shall not constitute an order of dismissal under the Federal Rules of Civil Procedure; and it is further

3. **ORDERED** that the parties shall file a joint status report as to the case within 120 days of the date of this Order or whenever their private mediation is completed, whichever occurs earlier; and it is finally

4.      **ORDERED** that absent receipt from the parties of a joint status report within this time frame, the Court may dismiss this action, without further notice, with prejudice and without costs.

                                                    **/s/ Renée Marie Bumb**
                                                    Renée Marie Bumb
                                                    Chief United States District Judge